APPEAL, COPYRT

## United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:09-cv-10714-DPW

Feldman v. Twentieth Century Fox et al
Assigned to: Judge Douglas P. Woodlock
Cause: 17:101 Copyright Infringement

Date Filed: 05/04/2009
Date Terminated: 07/13/2010
Jury Demand: Plaintiff
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Debra Feldman**

represented by **Debra Feldman**
13 Aurora Lane
Salem, MA 01970
617-957-5367
Email: cdsworkroom@aol.com
PRO SE

V.

**Defendant**

**Twentieth Century Fox**

represented by **Elizabeth A. McNamara**
Davis Wright Tremaine, LLP
1633 Broadway
27th Flr.
New York, NY 10019
212-489-8230
Email: lizmcnamara@dwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Ritvo**
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
617-856-8249
Fax: 617-856-8201
Email: eritvo@brbilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Pa**
Davis Wright Tremaine, LLP
1633 Broadway
27th Floor
New York, NY 10019-6708

212-603-6465
Email: monicapa@dwt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Veenema**
Brown Rudnick LLP
One Financial Center, 18th floor
Boston, MA 02111
617-856-8141
Email: sveenema@brownrudnick.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Twentieth Century Fox Television**     represented by **Elizabeth A. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Ritvo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Pa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Veenema**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Twentieth Century Fox Group**     represented by **Elizabeth A. McNamara**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Ritvo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Pa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Veenema**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**News Corporation**                      represented by **Elizabeth A. McNamara**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Elizabeth A. Ritvo**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Monica Pa**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Steven M. Veenema**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**NBC Universal, Inc.**                   represented by **Elizabeth A. McNamara**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Elizabeth A. Ritvo**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Monica Pa**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Steven M. Veenema**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Falls**                           represented by **Elizabeth A. McNamara**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Elizabeth A. Ritvo**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monica Pa**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Veenema**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marc Korman**                         represented by **Erik Paul Belt**
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
617-449-6506
Email: ebelt@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kara Ann Lynch**
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110
617-449-6532
Fax: 617-304-3200
Email: klynch@mccarter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United Talent Agency**                 represented by **Thomas W. Evans**
Zelle McDonough & Cohen LLP
101 Federal Street
Boston, MA 02110
617-742-6520
Fax: 617-973-1562
Email: tevans@zelmcd.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Endeavor**                             represented by **Erik Paul Belt**
*talent management*                      (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kara Ann Lynch**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shonda Rhimes**                          represented by **Elisa K. Nethercott**
                                           Foley Hoag LLP
                                           155 Seaport Boulevard
                                           Seaport World Trade Center West
                                           Boston, MA 02210
                                           617-832-3022
                                           Fax: 617-832-7000
                                           Email: enethercott@foleyhoag.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Jeffrey S. Follett**
                                           Foley Hoag LLP
                                           155 Seaport Blvd
                                           Boston, MA 02210-2600
                                           617-832-1244
                                           Fax: 617-832-7000
                                           Email: jfollett@foleyhoag.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Michael P Boudett**
                                           Foley Hoag LLP
                                           155 Seaport Boulevard
                                           Boston, MA 02210-2600
                                           617-832-1180
                                           Fax: 617-832-7000
                                           Email: mboudett@foleyhoag.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

                                           **Paul Bork**
                                           Foley Hoag LLP
                                           155 Seaport Boulevard
                                           Boston, MA 02210-2600
                                           617-832-1113
                                           Fax: 617-832-7000
                                           Email: pbork@foleyhoag.com
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**ABC Television Studios**                 represented by **Elisa K. Nethercott**
*also known as*                                           (See above for address)
ABC Studios, Touchstone Television                        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jeffrey S. Follett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P Boudett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Bork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ABC Entertainment**                    represented by **Elisa K. Nethercott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Follett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P Boudett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Bork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Gordon Production Company**       represented by **Elisa K. Nethercott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Follett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P Boudett**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Bork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greg Berlanti**                    represented by **Elisa K. Nethercott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Follett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P Boudett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Bork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marc Guggenheim**                    represented by **Elisa K. Nethercott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Follett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P Boudett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Bork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1-75**

**Defendant**

**Walt Disney Company**                   represented by **Elisa K. Nethercott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey S. Follett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael P Boudett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul Bork**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2009 | 1 | COMPLAINT against all defendants, filed by Debra Feldman. (Attachments: # 1 Civil Cover Sheet)(Abaid, Kimberly) (Entered: 05/04/2009) |
| 05/04/2009 | 2 | ELECTRONIC NOTICE of Case Assignment. Magistrate Judge Robert B. Collings assigned to case. **Plaintiff's counsel, or defendant's counsel if this case was initiated by the filing of a Notice of Removal, are directed to the attached General Order and Notice regarding Consent to Proceed before the Magistrate Judge. These documents will be mailed to counsel not receiving notice electronically.** (Abaid, Kimberly) (Entered: 05/04/2009) |
| 05/04/2009 |  | Summons Issued as to Endeavor, Shonda Rhimes, ABC Television Studios, ABC Entertainment, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim, Does 1-75, Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls, Marc Korman, United Talent Agency. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Abaid, Kimberly) (Entered: 05/04/2009) |
| 05/04/2009 | 3 | REPORT on the filing/termination of copyright case. (Abaid, Kimberly) |

| | | |
|---|---|---|
| | | (Entered: 05/04/2009) |
| 05/04/2009 | ⬤4 | General Order 09-1, dated January 6, 2009 regarding the E-Government Act and Personal Identifiers entered. (Abaid, Kimberly) (Entered: 05/04/2009) |
| 05/05/2009 | ⬤ | Filing fee/payment: $ 350.00, receipt number BST010431 for 1 Complaint (Russo, Patricia) (Entered: 05/05/2009) |
| 06/19/2009 | ⬤5 | Assented to MOTION for Extension of Time to July 31, 2009 to Respond to Complaint by Shonda Rhimes, ABC Television Studios, ABC Entertainment, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim.(Nethercott, Elisa) (Entered: 06/19/2009) |
| 06/19/2009 | ⬤6 | NOTICE of Appearance by Michael P Boudett on behalf of Shonda Rhimes, ABC Television Studios, ABC Entertainment, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim (Boudett, Michael) (Entered: 06/19/2009) |
| 06/19/2009 | ⬤13 | SUMMONS Returned Executed Greg Berlanti served on 5/11/2009, answer due 6/1/2009. (Dolan, Kathleen) (Entered: 06/23/2009) |
| 06/19/2009 | ⬤14 | SUMMONS Returned Executed Endeavor served on 5/11/2009, answer due 6/1/2009. (Dolan, Kathleen) (Entered: 06/23/2009) |
| 06/19/2009 | ⬤15 | SUMMONS Returned Executed ABC Television Studios served on 5/11/2009, answer due 6/1/2009; ABC Entertainment served on 5/11/2009, answer due 6/1/2009. (Dolan, Kathleen) (Entered: 06/23/2009) |
| 06/19/2009 | ⬤16 | SUMMONS Returned Executed Shonda Rhimes served on 5/12/2009, answer due 6/1/2009. (Dolan, Kathleen) (Entered: 06/23/2009) |
| 06/19/2009 | ⬤17 | SUMMONS Returned Executed Marc Guggenheim served on 5/12/2009, answer due 6/1/2009. (Dolan, Kathleen) (Entered: 06/23/2009) |
| 06/19/2009 | ⬤18 | SUMMONS Returned Executed Mark Gordon Production Company served on 5/22/2009, answer due 6/11/2009. (Dolan, Kathleen) (Entered: 06/23/2009) |
| 06/19/2009 | ⬤19 | SUMMONS Returned Executed Mark Gordon Production Company C/O Mark Gordon served 5/22/09, answer due 6/12/09. (Dolan, Kathleen) (Entered: 06/23/2009) |
| 06/19/2009 | ⬤20 | WAIVER OF SERVICE Returned Executed by Debra Feldman. Twentieth Century Fox Television waiver sent on 6/1/2009, answer due 7/31/2009. (Russo, Noreen) (Entered: 06/25/2009) |
| 06/19/2009 | ⬤21 | WAIVER OF SERVICE Returned Executed by Debra Feldman. NBC Universal, Inc. waiver sent on 6/1/2009, answer due 7/31/2009. (Russo, Noreen) (Entered: 06/25/2009) |
| 06/19/2009 | ⬤22 | WAIVER OF SERVICE Returned Executed by Debra Feldman. Kevin Falls waiver sent on 6/1/2009, answer due 7/31/2009. (Russo, Noreen) (Entered: 06/25/2009) |
| | | |

| 06/19/2009 | 23 | SUMMONS Returned Executed as to Marc Korman served on 5/22/09. Answer due 6/11/09. (Entered: 06/25/2009) |
|---|---|---|
| 06/22/2009 |  | Magistrate Judge Robert B. Collings: Electronic ORDER entered granting 5 Motion for Extension of Time to Respond to Complaint. (Dolan, Kathleen) (Entered: 06/22/2009) |
| 06/22/2009 |  | Magistrate Judge Robert B. Collings: Electronic ORDER entered. The document entitled "Amendment to Complaint Infringement, Etc." received June 19, 2009 cannot be accepted by the Court because it is unsigned on pages 24 & 25. If the plaintiff wishes the document filed, she must sign it in both places. The Court will return the document to her so she can sign it if she requests the Court to do so. Alternatively, she may come to the Court and sign it. She should make Noreen Russo (617-748-9233) aware of her intention in this regard. (Entered: 06/22/2009) |
| 06/22/2009 | 7 | NOTICE of Appearance by Jeffrey S. Follett on behalf of Shonda Rhimes, ABC Television Studios, ABC Entertainment, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim (Follett, Jeffrey) (Entered: 06/22/2009) |
| 06/22/2009 | 8 | NOTICE of Appearance by Michael Boudett on behalf of Shonda Rhimes, ABC Television Studios, ABC Entertainment, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim (Nethercott, Elisa). (Entered: 06/22/2009) |
| 06/23/2009 | 9 | NOTICE of Appearance by Paul Bork on behalf of Shonda Rhimes, ABC Television Studios, ABC Entertainment, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim (Bork, Paul) (Entered: 06/23/2009) |
| 06/23/2009 | 10 | CORPORATE DISCLOSURE STATEMENT by ABC Entertainment identifying Corporate Parent ABC Holding Company, Inc. for ABC Entertainment.. (Nethercott, Elisa) (Entered: 06/23/2009) |
| 06/23/2009 | 11 | CORPORATE DISCLOSURE STATEMENT by ABC Television Studios identifying Corporate Parent ABC, Inc. for ABC Television Studios.. (Nethercott, Elisa) (Entered: 06/23/2009) |
| 06/23/2009 | 12 | CORPORATE DISCLOSURE STATEMENT by Mark Gordon Production Company. (Nethercott, Elisa) (Entered: 06/23/2009) |
| 06/26/2009 | 24 | Refusal to Consent to Proceed Before a US Magistrate Judge. (Dolan, Kathleen) (Entered: 06/29/2009) |
| 06/30/2009 | 25 | NOTICE of Reassignment. Judge Douglas P. Woodlock added. Magistrate Judge Robert B. Collings no longer assigned to case. (Gaudet, Jennifer) (Entered: 06/30/2009) |
| 07/02/2009 | 26 | NOTICE of Appearance by Elizabeth A. Ritvo on behalf of Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls (Ritvo, Elizabeth) (Entered: 07/02/2009) |
|  |  |  |

| 07/02/2009 | ☉(27) | NOTICE of Appearance by Steven M. Veenema on behalf of Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls (Veenema, Steven) (Entered: 07/02/2009) |
|---|---|---|
| 07/02/2009 | ☉(28) | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Elizabeth A. McNamara Filing fee $ 50, receipt number 01010000000002494433. by Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls.(Ritvo, Elizabeth) (Entered: 07/02/2009) |
| 07/02/2009 | ☉ 29 | Assented to MOTION for Leave to Appear Pro Hac Vice for admission of Monica Pa Filing fee $ 50, receipt number 01010000000002494473. by Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls. (Ritvo, Elizabeth) (Entered: 07/02/2009) |
| 07/06/2009 | ☉ | Judge Douglas P. Woodlock: Electronic ORDER entered granting 28 Motion for Leave to Appear Pro Hac Vice; Added Elizabeth A. McNamara for Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc. and Kevin Falls. **Attorneys admitted Pro Hac Vice must register for electronic filing. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (York, Steve) (Entered: 07/06/2009) |
| 07/06/2009 | ☉ | Judge Douglas P. Woodlock: Electronic ORDER entered granting 29 Motion for Leave to Appear Pro Hac Vice; Added Monica Pa for Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc. and Kevin Falls. **Attorneys admitted Pro Hac Vice must register for electronic filing. To register go to the Court website at www.mad.uscourts.gov. Select Case Information, then Electronic Filing (CM/ECF) and go to the CM/ECF Registration Form.** (York, Steve) (Entered: 07/06/2009) |
| 07/07/2009 | ☉(30) | NOTICE OF INITIAL SCHEDULING CONFERENCE, ORDER FOR JOINT STATEMENT AND CERTIFICATIONS, AND ORDER FOR ELECTRONIC FILING: Initial Scheduling Conference set for 8/6/2009 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Lovett, Jarrett) (Entered: 07/07/2009) |
| 07/10/2009 | ☉ | Notice of correction to docket made by Court staff. No. 23, incorrectly docketed as a Waiver of Service. Docket entry changed to reflect - Summons as Marc Korman returned executed as of May 22, 2009. (Russo, Noreen) (Entered: 07/10/2009) |
| 07/13/2009 | ☉(31) | SUMMONS Returned Executed Walt Disney Company served on 7/9/2009, answer due 7/29/2009. (York, Steve) (Entered: 07/13/2009) |
| 07/15/2009 | ☉(32) | NOTICE of Appearance by Paul Bork on behalf of Shonda Rhimes, ABC Television Studios, Walt Disney Company, ABC Entertainment, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim (Bork, Paul) (Entered: 07/15/2009) |

| 07/15/2009 | ⊋(33) | NOTICE of Appearance by Michael P Boudett on behalf of Walt Disney Company (Boudett, Michael) (Entered: 07/15/2009) |
|---|---|---|
| 07/15/2009 | ⊋(34) | NOTICE of Appearance by Jeffrey S. Follett on behalf of Walt Disney Company (Follett, Jeffrey) (Entered: 07/15/2009) |
| 07/15/2009 | ⊋(35) | NOTICE of Appearance by Elisa K. Nethercott on behalf of Walt Disney Company (Nethercott, Elisa) (Entered: 07/15/2009) |
| 07/16/2009 | ⊋ 36 | CORPORATE DISCLOSURE STATEMENT by Walt Disney Company. (Nethercott, Elisa) (Entered: 07/16/2009) |
| 07/21/2009 | ⊋ 37 | Assented to MOTION for Extension of Time to 08/14/2009 to Answer, Move or Otherwise Respond by Walt Disney Company.(Nethercott, Elisa) (Entered: 07/21/2009) |
| 07/21/2009 | ⊋ 38 | Joint MOTION to Continue Rule 16 Conference to 08/31/09-09/04/09 or 09/08/09-09/11/09 by Shonda Rhimes, ABC Television Studios, Walt Disney Company, ABC Entertainment, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim, Debra Feldman, Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls.(Nethercott, Elisa) (Entered: 07/21/2009) |
| 07/22/2009 | ⊋ | Judge Douglas P. Woodlock: Electronic ORDER entered granting 37 Assented to Motion for Extension of Time UNtil 8/14/09 to Answer/Respond to 1 Complaint by granting 38 Joint Motion to Continue Initial Scheduling Conference. (Lovett, Jarrett) (Entered: 07/22/2009) |
| 07/22/2009 | ⊋(39) | NOTICE OF RESCHEDULING INITIAL SCHEDULING CONFERENCE, ORDER FOR JOINT STATEMENT AND CERTIFICATIONS, AND ORDER FOR ELECTRONIC FILING: Initial Scheduling Conference reset for 9/1/2009 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Lovett, Jarrett) (Entered: 07/22/2009) |
| 07/22/2009 | ⊕40 | NOTICE issued to Attorney Monica Pa regarding mandatory use of ECF in compliance with Local Rule 5.4. Failure to comply may result in the imposition of sanctions. (Lovett, Jarrett) (Entered: 07/22/2009) |
| 07/28/2009 | ⊋41 | Assented to MOTION for Leave to File Excess Pages by Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls.(Veenema, Steven) (Entered: 07/28/2009) |
| 07/29/2009 | ⊋ | Judge Douglas P. Woodlock: Electronic ORDER entered granting 41 Assented to MOTION for Leave to File Excess Pages by Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls. (Lovett, Jarrett) (Entered: 07/29/2009) |
| 07/31/2009 | ⊋ 42 | MOTION to Dismiss *Pursuant to Rule 12(b)(6)* by Shonda Rhimes, ABC Television Studios, Walt Disney Company, ABC Entertainment, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim. (Nethercott, Elisa) (Entered: 07/31/2009) |

| 07/31/2009 | ◉43 | MEMORANDUM in Support re 42 MOTION to Dismiss *Pursuant to Rule 12(b)(6)* filed by Shonda Rhimes, ABC Television Studios, Walt Disney Company, ABC Entertainment, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim. (Nethercott, Elisa) (Entered: 07/31/2009) |
| 07/31/2009 | ◉44 | MOTION to Dismiss for Lack of PErsonal Jurisdiction by Shonda Rhimes, Walt Disney Company, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim.(Nethercott, Elisa) (Entered: 07/31/2009) |
| 07/31/2009 | ◉45 | MEMORANDUM in Support re 44 MOTION to Dismiss for Lack of Jurisdiction filed by Shonda Rhimes, Walt Disney Company, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit) (Nethercott, Elisa) (Entered: 07/31/2009) |
| 07/31/2009 | ◉46 | DECLARATION *In Support of Certain Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction* by Greg Berlanti. (Nethercott, Elisa) (Entered: 07/31/2009) |
| 07/31/2009 | ◉47 | DECLARATION *In Support of Certain Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction* by Marc Guggenheim. (Nethercott, Elisa) (Entered: 07/31/2009) |
| 07/31/2009 | ◉48 | DECLARATION *In Support of Certain Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction* by Mark Gordon Production Company. (Nethercott, Elisa) (Entered: 07/31/2009) |
| 07/31/2009 | ◉49 | DECLARATION *of Marsha Reed In Support of Certain Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction* by Walt Disney Company. (Nethercott, Elisa) (Entered: 07/31/2009) |
| 07/31/2009 | ◉50 | DECLARATION *In Support of Certain Defendants' Motion to Dismiss Complaint for Lack of Personal Jurisdiction* by Shonda Rhimes. (Nethercott, Elisa) (Entered: 07/31/2009) |
| 07/31/2009 | ◉51 | DECLARATION *OF ELIZABETH A. MCNAMARA IN SUPPORT OF MOITON TO DISMISS THE COMPLAINT* by Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Ritvo, Elizabeth) (Entered: 07/31/2009) |
| 07/31/2009 | ◉52 | NOTICE OF MANUAL FILING by Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls re 51 Declaration, (Ritvo, Elizabeth) (Entered: 07/31/2009) |
| 07/31/2009 | ◉53 | MEMORANDUM in Support re 56 MOTION to Dismiss THE COMPLAINT PURSUANT TO RULE 12(b)(6) filed by Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls. (Ritvo, Elizabeth) Modified on 8/3/2009 ( to link this memo to the correct motion) (York, Steve). (Entered: 07/31/2009) |

| 07/31/2009 | 54 | STATEMENT of facts *of Defendant Twentieth Century Fox Film Corporation Pursuant to Federal Rule of Civil Procedure 7.1.* (Ritvo, Elizabeth) (Entered: 07/31/2009) |
|---|---|---|
| 07/31/2009 | 55 | STATEMENT of facts *of Defendant NBC Universal, Inc. Pursuant to Federal Rule of Civil Procedure 7.1.* (Ritvo, Elizabeth) (Entered: 07/31/2009) |
| 08/03/2009 | 56 | MOTION to Dismiss *THE COMPLAINT PURSUANT TO RULE 12(b)(6)* by Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls. (Ritvo, Elizabeth) (Entered: 08/03/2009) |
| 08/06/2009 | 57 | EXHIBITS A & D re 51 Declaration, by Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls. (York, Steve) (Entered: 08/06/2009) |
| 08/14/2009 | 58 | Assented to MOTION for Extension of Time to File Response/Reply to 42 , 44 , and 56 Defendant's Motion's to Dismiss (Feldman, Debra) Modified on 8/24/2009 (York, Steve). Modified on 9/1/2009 (Lovett, Jarrett). (Entered: 08/14/2009) |
| 08/14/2009 | 59 | Assented to MOTION for Extension of Time to File Response/Reply to 42 , 44 , and 56 Defendant's Motion's to Dismiss(Feldman, Debra) Modified on 8/24/2009 (York, Steve). Modified text on 9/1/2009 (Lovett, Jarrett). (Entered: 08/14/2009) |
| 08/25/2009 | 60 | JOINT STATEMENT re scheduling conference. (Attachments: # 1 Exhibit Proposed Scheduling Order)(Nethercott, Elisa) (Entered: 08/25/2009) |
| 08/26/2009 | 61 | CERTIFICATION pursuant to Local Rule 16.1 *(D)(3)* by Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls.(Ritvo, Elizabeth) (Entered: 08/26/2009) |
| 08/27/2009 | 62 | CERTIFICATION pursuant to Local Rule 16.1 *(d)(3)* by Mark Gordon Production Company.(Nethercott, Elisa) (Entered: 08/27/2009) |
| 08/27/2009 | 63 | CERTIFICATION pursuant to Local Rule 16.1 *(d)(3)* by Greg Berlanti. (Nethercott, Elisa) (Entered: 08/27/2009) |
| 08/27/2009 | 64 | CERTIFICATION pursuant to Local Rule 16.1 *(d)(3)* by Walt Disney Company.(Nethercott, Elisa) (Entered: 08/27/2009) |
| 08/27/2009 | 65 | CERTIFICATION pursuant to Local Rule 16.1 *(d)(3)* by ABC Television Studios.(Nethercott, Elisa) (Entered: 08/27/2009) |
| 08/28/2009 | 66 | CERTIFICATION pursuant to Local Rule 16.1 *(d)(3)* by Shonda Rhimes. (Nethercott, Elisa) (Entered: 08/28/2009) |
| 08/28/2009 | 67 | Assented to MOTION for Leave to File Excess Pages by Debra Feldman. (Feldman, Debra) (Entered: 08/28/2009) |
| 08/28/2009 | 68 | Assented to MOTION for Leave to File Excess Pages by Debra Feldman. |

| | | |
|---|---|---|
| | | (Feldman, Debra) (Entered: 08/28/2009) |
| 08/28/2009 | 69 | Assented to MOTION for Leave to File Excess Pages by Debra Feldman. (Feldman, Debra) (Entered: 08/28/2009) |
| 08/28/2009 | 70 | Assented to MOTION for Leave to File Excess Pages by Debra Feldman. (Feldman, Debra) (Entered: 08/28/2009) |
| 08/28/2009 | 71 | Assented to MOTION for Leave to File Excess Pages by Debra Feldman. (Feldman, Debra) (Entered: 08/28/2009) |
| 08/31/2009 | 72 | First MOTION for Leave to File Document's Under Seal by Debra Feldman.(Feldman, Debra) Modified text on 9/1/2009 (Lovett, Jarrett). (Entered: 08/31/2009) |
| 08/31/2009 | 73 | CERTIFICATION pursuant to Local Rule 16.1 *(d)(3)* by ABC Entertainment.(Nethercott, Elisa) (Entered: 08/31/2009) |
| 08/31/2009 | 74 | Exhibit's in Support of Opposition re 44 MOTION to Dismiss for Lack of Jurisdiction, 56 MOTION to Dismiss *THE COMPLAINT PURSUANT TO RULE 12(b)(6)*, 42 MOTION to Dismiss *Pursuant to Rule 12(b)(6)* filed by Debra Feldman. (Attachments: # 1 Exhibit infringed character, # 2 Exhibit Same Names list - Falls/Rhimes, # 3 Exhibit AOH names as submitted to C/O, # 4 Exhibit NBC - examples #8; #9 key to citation, # 5 Exhibit Falls - Reviews, # 6 Exhibit Time travel movies list, # 7 Exhibit Award Nominees - 1957-2008)(Feldman, Debra) Modified text on 2/16/2010 (Lovett, Jarrett). (Entered: 08/31/2009) |
| 09/01/2009 | 75 | Exhibits is Support of Oppsoition re 44 MOTION to Dismiss for Lack of Personal Jurisdiction, 56 MOTION to Dismiss *The Complaint Pursuant to Rule 12(b)(6)*, 42 MOTION to Dismiss *Pursuant to Rule 12(b)(6)* filed by Debra Feldman. (Attachments: # 1 Exhibit Fox Response - 2008, # 2 Exhibit Falls - filmography, # 3 Exhibit ABC - One Life to Live, # 4 Exhibit Rhimes - filmography, # 5 Exhibit Rhimes - reviews)(Feldman, Debra) Modified on 9/1/2009 (to correct title of entry) (York, Steve). (Entered: 09/01/2009) |
| 09/01/2009 | 76 | Exhibits in Support of Opposition re 44 MOTION to Dismiss for Lack of Personal Jurisdiction, 56 MOTION to Dismiss *The Complaint Porsuant to Rule 12(b)(6)*, 42 MOTION to Dismiss *Pursuant to Rule 12(b)(6)* filed by Debra Feldman. (Attachments: # 1 Exhibit Rhimes - awards)(Feldman, Debra) Modified on 9/1/2009 (to correct title of entry) (York, Steve). (Entered: 09/01/2009) |
| 09/01/2009 | 77 | Exhibits re 78 First Opposition re 44 MOTION to Dismiss for Lack of Jurisdiction, 56 MOTION to Dismiss *THE COMPLAINT PURSUANT TO RULE 12(b)(6)*, 42 MOTION to Dismiss *Pursuant to Rule 12(b)(6)* filed by Debra Feldman. (Attachments: # 1 Exhibit Seager letter 1-9, # 2 Exhibit Seager letter 10-20, # 3 Exhibit Hacking wire-tap 1-8, # 4 Exhibit Hacking wire-tap 9-15)(Feldman, Debra) Modified on 9/1/2009 (to correct title of entry)(York, Steve). (Entered: 09/01/2009) |
| 09/01/2009 | 78 | First Opposition re 44 MOTION to Dismiss for Lack of Jurisdiction filed |

| | | |
|---|---|---|
| | | by Debra Feldman. (Feldman, Debra) (Entered: 09/01/2009) |
| 09/01/2009 | ❏ | Judge Douglas P. Woodlock: Electronic ORDER entered granting 67 , 68 , 69 , 70 , and 71 Assented to MOTION for Leave to File Excess Pages by Debra Feldman. (Lovett, Jarrett) (Entered: 09/01/2009) |
| 09/01/2009 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock: Initial Scheduling Conference held on 9/1/2009: Fact stated; plaintiff is GRANTED leave to request for default against defendant's who have been served and failed to file a responsive pleading; Plaintiff is to make a demand to the defendant's; 72 Plaintiff's MOTION for Leave to File Document's Under Seal is GRANTED, to the extent that the plaintiff shall file redacted versions of the oppositions to the defendants' Motion's to Dismiss by 9/8/09, un-redacted versions of the plaintiffs' opposition's are filed in open court and provided to counsel; 58 & 59 Assented to Motion's until 9/1/09 to File a Response/Reply to the defendants' Motion's to Dismiss; 42 MOTION to Dismiss Pursuant to Rule 12(b)(6) by Shonda Rhimes, ABC Television Studios, Walt Disney Company, ABC Entertainment, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim, 44 MOTION to Dismiss for Lack of Jurisdiction by Shonda Rhimes, Walt Disney Company, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim, and 56 MOTION to Dismiss Pursuant to Rule 12(b)(6) by Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls are TAKEN UNDER ADVISEMENT pending further submissions. Defendants' replies to the plaintiffs' opposition's to the Motion's to Dismiss are due by 9/18/09; Court will rule on the defendants' Motion's to Dismiss on the record, or set a hearing if necessary. (Court Reporter: Helana Kline)(Attorneys present: Deborah Feldman (Pro Se pltff); Boudett, Follett, McNamara,& Ritvo for the deft's) (Lovett, Jarrett) (Entered: 09/01/2009) |
| 09/01/2009 | ❏ 79 | Sealed Opposition to 56 MOTION to Dismiss THE COMPLAINT PURSUANT TO RULE 12(b)(6). (Attachments: # 1 Exhibit, # 2 Exhibit) (York, Steve) (Additional attachment(s) added on 9/4/2009: # 2 Exhibit) (York, Steve). (Entered: 09/02/2009) |
| 09/01/2009 | ❏ 80 | Sealed Opposition to 42 MOTION to Dismiss Pursuant to Rule 12(b)(6). (Attachments: # 1 Exhibit) (York, Steve) (Additional attachment(s) added on 9/4/2009: # 1 Exhibit) (York, Steve). (Entered: 09/02/2009) |
| 09/02/2009 | ❏ 81 | Opposition (redacted version) re 56 MOTION to Dismiss *The Complaint Pursuant to Rule 12(b)(6)* filed by Debra Feldman. (Feldman, Debra) (Entered: 09/02/2009) |
| 09/02/2009 | ❏ 82 | Opposition (redacted verion) re 42 MOTION to Dismiss *Pursuant to Rule 12(b)(6)* filed by Debra Feldman. (Attachments: # 1 Supplement signing page/conf page)(Feldman, Debra) (Entered: 09/02/2009) |
| 09/03/2009 | ❏ 83 | First MOTION for Entry of Default as to Marc Korman by Debra Feldman.(Feldman, Debra) Modified text on 9/17/2009 (Lovett, Jarrett). (Entered: 09/03/2009) |
| | | |

| 09/03/2009 | ●84 | First MOTION for Entry of Default Judgment as to William Morris Endeavor by Debra Feldman.(Feldman, Debra) Modified text on 9/17/2009 (Lovett, Jarrett). (Entered: 09/03/2009) |
|---|---|---|
| 09/08/2009 | ●85 | CERTIFICATION pursuant to Local Rule 16.1 *(D)(3)* by Marc Guggenheim.(Nethercott, Elisa) (Entered: 09/08/2009) |
| 09/08/2009 | ●86 | Local Rule 16.1(D)(3) Certification filed by Debra Feldman. (Feldman, Debra) (Entered: 09/08/2009) |
| 09/11/2009 | ●87 | Sealed Addendum re 80 Sealed Opposition to 42 MOTION to Dismiss Pursuant to Rule 12(b)(6). (York, Steve) (Entered: 09/14/2009) |
| 09/15/2009 | ●88 | SUMMONS Returned Executed United Talent Agency served on 9/9/2009, answer due 11/13/2009. (Feldman, Debra) (Entered: 09/15/2009) |
| 09/15/2009 | ●89 | WAIVER OF SERVICE Returned Executed by Debra Feldman. (Feldman, Debra) (Entered: 09/15/2009) |
| 09/17/2009 | ● | Judge Douglas P. Woodlock: Electronic ORDER entered granting 83 MOTION for Entry of Default as to Marc Korman by Debra Feldman; granting 84 MOTION for Entry of Default Judgment as to William Morris Endeavor by Debra Feldman. (Lovett, Jarrett) (Entered: 09/17/2009) |
| 09/17/2009 | ●90 | NOTICE: Clerk's ENTRY OF DEFAULT as to Endeavor, Marc Korman. (Lovett, Jarrett) (Entered: 09/17/2009) |
| 09/17/2009 | ●91 | Judge Douglas P. Woodlock: ORDER entered. STANDING ORDER on Motions for Default Judgment re 90 Notice: Clerk's Entry of Default as to Endeavor, Marc Korman. (Lovett, Jarrett) (Entered: 09/17/2009) |
| 09/17/2009 | ●92 | MOTION to Set Aside Default by Endeavor, Marc Korman.(Lynch, Kara) (Entered: 09/17/2009) |
| 09/17/2009 | ●93 | MEMORANDUM in Support re 92 MOTION to Set Aside Default filed by Endeavor, Marc Korman. (Lynch, Kara) (Entered: 09/17/2009) |
| 09/17/2009 | ●94 | MOTION to Dismiss for Lack of Jurisdiction by Endeavor, Marc Korman. (Lynch, Kara) (Entered: 09/17/2009) |
| 09/17/2009 | ●95 | MEMORANDUM in Support re 94 MOTION to Dismiss for Lack of Jurisdiction filed by Endeavor, Marc Korman. (Lynch, Kara) (Entered: 09/17/2009) |
| 09/17/2009 | ●96 | MOTION to Dismiss *For Failure To State A Claim Pursuant To Rule 12 (b)(6)* by Endeavor, Marc Korman.(Lynch, Kara) (Entered: 09/17/2009) |
| 09/17/2009 | ●97 | MEMORANDUM in Support re 96 MOTION to Dismiss *For Failure To State A Claim Pursuant To Rule 12(b)(6)* filed by Endeavor, Marc Korman. (Lynch, Kara) (Entered: 09/17/2009) |
| 09/17/2009 | ●98 | DECLARATION re 92 MOTION to Set Aside Default, 94 MOTION to Dismiss for Lack of Jurisdiction, 96 MOTION to Dismiss *For Failure To State A Claim Pursuant To Rule 12(b)(6)*, 95 Memorandum in Support of Motion, 97 Memorandum in Support of Motion, 93 Memorandum in |

| | | Support of Motion by Endeavor, Marc Korman. (Lynch, Kara) (Entered: 09/17/2009) |
|---|---|---|
| 09/17/2009 | 99 | DECLARATION re 92 MOTION to Set Aside Default, 94 MOTION to Dismiss for Lack of Jurisdiction, 96 MOTION to Dismiss *For Failure To State A Claim Pursuant To Rule 12(b)(6)*, 95 Memorandum in Support of Motion, 97 Memorandum in Support of Motion, 93 Memorandum in Support of Motion by Endeavor, Marc Korman. (Lynch, Kara) (Entered: 09/17/2009) |
| 09/17/2009 | 100 | CORPORATE DISCLOSURE STATEMENT by Endeavor. (Lynch, Kara) (Entered: 09/17/2009) |
| 09/18/2009 | 101 | REPLY to Response to 42 MOTION to Dismiss *Pursuant to Rule 12(b)(6)* filed by Shonda Rhimes, ABC Television Studios, Walt Disney Company, ABC Entertainment, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim. (Nethercott, Elisa) (Entered: 09/18/2009) |
| 09/18/2009 | 102 | REPLY to Response to 44 MOTION to Dismiss for Lack of Jurisdiction filed by Shonda Rhimes, Walt Disney Company, Mark Gordon Production Company, Greg Berlanti, Marc Guggenheim. (Attachments: # 1 Exhibit A) (Nethercott, Elisa) (Entered: 09/18/2009) |
| 09/18/2009 | 103 | NOTICE of Appearance by Erik Paul Belt on behalf of Endeavor, Marc Korman (Belt, Erik) (Entered: 09/18/2009) |
| 09/18/2009 | 104 | REPLY to Response to 56 MOTION to Dismiss *THE COMPLAINT PURSUANT TO RULE 12(b)(6)* filed by Twentieth Century Fox, Twentieth Century Fox Television, Twentieth Century Fox Group, News Corporation, NBC Universal, Inc., Kevin Falls. (Ritvo, Elizabeth) (Entered: 09/18/2009) |
| 09/29/2009 | 105 | MOTION for Leave to File Excess Pages by Debra Feldman.(Feldman, Debra) (Entered: 09/29/2009) |
| 09/30/2009 | | Judge Douglas P. Woodlock: Electronic ORDER entered granting 105 MOTION for Leave to File Excess Pages by Debra Feldman. (Lovett, Jarrett) (Entered: 09/30/2009) |
| 09/30/2009 | 106 | Opposition re 92 MOTION to Set Aside Default *WME2 / Korman* filed by Debra Feldman. (Feldman, Debra) (Entered: 09/30/2009) |
| 09/30/2009 | 107 | Opposition re 94 MOTION to Dismiss for Lack of Jurisdiction *WME2 / Korman* filed by Debra Feldman. (Feldman, Debra) (Entered: 09/30/2009) |
| 09/30/2009 | 108 | MOTION for Extension of Time to File re 96 MOTION to Dismiss *For Failure To State A Claim Pursuant To Rule 12(b)(6) WME2 / Korman* filed by Debra Feldman. (Feldman, Debra) (Entered: 09/30/2009) |
| 09/30/2009 | 109 | MOTION for Extension of Time to Oct 16, 2009 to Answer MTD *WME2 / Korman* by Debra Feldman.(Feldman, Debra) (Entered: 09/30/2009) |
| 10/01/2009 | | Judge Douglas P. Woodlock: Electronic ORDER entered granting 109 Plaintiff's MOTION for Extension of Time Until 10/16/09 to Respond to |

| | | the Defendant's Motion's to Dismiss. (Lovett, Jarrett) (Entered: 10/01/2009) |
|---|---|---|
| 10/08/2009 | 10 | MOTION for Leave to File *Reply In Support of Motion to Set Aside Entry of Default As To Defendants Korman and Endeavor* by Endeavor, Marc Korman. (Attachments: # 1 Exhibit Proposed Reply in Further Support of Korman and Endeavor's Motion to Set Aside Entry of Default)(Lynch, Kara) (Entered: 10/08/2009) |
| 10/08/2009 | 11 | MOTION for Leave to File *Reply in Support of Korman and Endeavor's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction* by Endeavor, Marc Korman. (Attachments: # 1 Exhibit Proposed Reply in Support of Korman and Endeavor's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction)(Lynch, Kara) (Entered: 10/08/2009) |
| 10/11/2009 | 12 | WAIVER OF SERVICE Returned Executed by Debra Feldman. (Feldman, Debra) (Entered: 10/11/2009) |
| 10/12/2009 | 13 | Opposition (redacted version) re 96 MOTION to Dismiss *For Failure To State A Claim Pursuant To Rule 12(b)(6) Redacted version* filed by Debra Feldman. (Feldman, Debra) (Entered: 10/12/2009) |
| 10/12/2009 | 14 | SUMMONS Returned Executed (Feldman, Debra) (Entered: 10/12/2009) |
| 10/14/2009 | 15 | Sealed Opposition re 96 Motion to Dismiss For Failure To State A Claim Pursuant To Rule 12(b)(6). (York, Steve) (Entered: 10/14/2009) |
| 10/14/2009 | | Judge Douglas P. Woodlock: Electronic ORDER entered granting 110 MOTION for Leave to File Reply In Support of Motion to Set Aside Entry of Default As To Defendants Korman and Endeavor; granting 111 MOTION for Leave to File Reply in Support of Korman and Endeavor's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Lovett, Jarrett) (Entered: 10/14/2009) |
| 10/14/2009 | 16 | REPLY to Response to 110 MOTION for Leave to File *Reply In Support of Motion to Set Aside Entry of Default As To Defendants Korman and Endeavor (Leave To Reply Granted on October 14, 2009)* filed by Endeavor, Marc Korman. (Lynch, Kara) (Entered: 10/14/2009) |
| 10/14/2009 | 17 | REPLY to Response to 94 MOTION to Dismiss for Lack of Jurisdiction, 111 MOTION for Leave to File *Reply in Support of Korman and Endeavor's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction* MOTION for Leave to File *Reply in Support of Korman and Endeavor's 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction (Leave To Reply Granted on October 14, 2009)* filed by Endeavor, Marc Korman. (Lynch, Kara) (Entered: 10/14/2009) |
| 10/16/2009 | 18 | NOTICE by Debra Feldman *necessary absence of Plaintiff* (Feldman, Debra) (Entered: 10/16/2009) |

| 10/20/2009 | 119 | MOTION for Leave to File *Reply In Support of Fed. R. Civ. P. 12(b)(6) Motion to Dismiss* by Endeavor, Marc Korman. (Attachments: # 1 Exhibit Proposed Reply in Support of Defendants Korman and Endeavor's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6))(Lynch, Kara) (Entered: 10/20/2009) |
|---|---|---|
| 11/03/2009 |  | Judge Douglas P. Woodlock: Electronic ORDER entered granting 119 MOTION for Leave to File Reply In Support of Fed. R. Civ. P. 12(b)(6) Motion to Dismiss by Endeavor, Marc Korman; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Lovett, Jarrett) (Entered: 11/03/2009) |
| 11/03/2009 | 120 | Reply re 96 MOTION to Dismiss *For Failure To State A Claim Pursuant To Rule 12(b)(6)* filed by Endeavor, Marc Korman. (Lynch, Kara) (Entered: 11/03/2009) |
| 11/13/2009 | 121 | MOTION to Dismiss for Lack of Jurisdiction by United Talent Agency. (Evans, Thomas) (Entered: 11/13/2009) |
| 11/13/2009 | 122 | MOTION to Dismiss *for Failure to State Claim* by United Talent Agency. (Evans, Thomas) (Entered: 11/13/2009) |
| 11/13/2009 | 123 | MEMORANDUM in Support re 121 MOTION to Dismiss for Lack of Jurisdiction filed by United Talent Agency. (Evans, Thomas) (Entered: 11/13/2009) |
| 11/13/2009 | 124 | MEMORANDUM in Support re 122 MOTION to Dismiss *for Failure to State Claim* filed by United Talent Agency. (Evans, Thomas) (Entered: 11/13/2009) |
| 11/13/2009 | 125 | DECLARATION of Andrew Thau in Support re 121 MOTION to Dismiss for Lack of Jurisdiction filed by United Talent Agency. (Evans, Thomas) (Entered: 11/13/2009) |
| 11/13/2009 | 126 | CORPORATE DISCLOSURE STATEMENT by United Talent Agency. (Evans, Thomas) (Entered: 11/13/2009) |
| 11/24/2009 | 127 | First Opposition re 122 MOTION to Dismiss *for Failure to State Claim Redacted version* filed by Debra Feldman. (Attachments: # 1 Exhibit Correct awards for Kevin Falls)(Feldman, Debra) (Entered: 11/24/2009) |
| 11/24/2009 | 128 | First Opposition re 121 MOTION to Dismiss for Lack of Jurisdiction filed by Debra Feldman. (Feldman, Debra) (Entered: 11/24/2009) |
| 11/25/2009 | 129 | Sealed Opposition re 122 Motion to Dismiss for Failure to State a Claim. (York, Steve) (Entered: 11/25/2009) |
| 12/10/2009 | 131 | EXHIBIT re 75 Opposition to Motion,, 82 Opposition to Motion, 113 Opposition to Motion, 79 Sealed Document, 78 Opposition to Motion, 81 Opposition to Motion, 80 Sealed Document, 77 Opposition to Motion, 76 Opposition to Motion, by Debra Feldman. (Attachments: # 1 Exhibit "U" - |

| | | Copyright Cert.; The Red Tattoo)(Feldman, Debra) (Entered: 12/10/2009) |
|---|---|---|
| 12/11/2009 | 132 | Letter from Elizabeth A. McNamara. (York, Steve) (Entered: 12/16/2009) |
| 02/16/2010 | | Judge Douglas P. Woodlock: Electronic ORDER entered granting 108 MOTION for Extension of Time to File re 96 MOTION to Dismiss For Failure To State A Claim Pursuant To Rule 12(b)(6) WME2 / Korman filed by Debra Feldman in light of filing made on 10/13/09. (Lovett, Jarrett) (Entered: 02/16/2010) |
| 04/21/2010 | 133 | Letter from Elizabeth A. McNamara. (York, Steve) (Entered: 04/21/2010) |
| 07/13/2010 | 134 | Judge Douglas P. Woodlock: MEMORANDUM AND ORDER entered granting 42 Motion to Dismiss; finding as moot 44 Motion to Dismiss for Lack of Jurisdiction; granting 56 Motion to Dismiss; granting 92 Motion to Set Aside Default; finding as moot 94 Motion to Dismiss for Lack of Jurisdiction; granting 96 Motion to Dismiss; finding as moot 121 Motion to Dismiss for Lack of Jurisdiction; granting 122 Motion to Dismiss. (Woodlock, Douglas) (Entered: 07/13/2010) |
| 07/13/2010 | 135 | Judge Douglas P. Woodlock: ORDER entered. ORDER DISMISSING CASE.(Lovett, Jarrett) (Entered: 07/13/2010) |
| 07/13/2010 | | Civil Case Terminated. (Lovett, Jarrett) (Entered: 07/13/2010) |
| 07/22/2010 | 136 | MOTION for Reconsideration by Debra Feldman.(York, Steve) (Entered: 07/23/2010) |
| 07/22/2010 | 137 | MEMORANDUM in Support re 136 MOTION for Reconsideration filed by Debra Feldman. (Attachments: # 1 Exhibit V, # 2 Exhibit W, # 3 Exhibit X)(York, Steve) (Entered: 07/23/2010) |
| 07/28/2010 | 138 | Opposition re 136 MOTION for Reconsideration filed by ABC Entertainment, ABC Television Studios, Greg Berlanti, Marc Guggenheim, Mark Gordon Production Company, Shonda Rhimes, Walt Disney Company. (Nethercott, Elisa) (Entered: 07/28/2010) |
| 07/30/2010 | 139 | Opposition re 136 MOTION for Reconsideration filed by Kevin Falls, NBC Universal, Inc., News Corporation, Twentieth Century Fox, Twentieth Century Fox Group, Twentieth Century Fox Television. (Ritvo, Elizabeth) (Entered: 07/30/2010) |
| 07/31/2010 | 140 | NOTICE by Debra Feldman (Attachments: # 1 Supplement Request, # 2 Supplement Amended, # 3 Exhibit Exhibit E)(Feldman, Debra) (Entered: 07/31/2010) |
| 08/04/2010 | 141 | Opposition re 136 MOTION for Reconsideration filed by Endeavor, Marc Korman. (Lynch, Kara) (Entered: 08/04/2010) |
| 08/04/2010 | 142 | Motion for Leave to File Amended complaint by Debra Feldman. (Attachments: # 1 Proposed Amended Complaint, # 2 Exhibit)( these document were originally filed as an attachment to 140 Notice and should have been filed as an separate entry) (York, Steve) (Entered: 08/04/2010) |
| 08/04/2010 | 143 | Opposition re 142 MOTION for Leave to File *Amended Complaint* filed by |

| | | Endeavor, Marc Korman. (Lynch, Kara) (Entered: 08/04/2010) |
|---|---|---|
| 08/05/2010 | 144 | RESPONSE to Motion re 136 MOTION for Reconsideration filed by Debra Feldman. (Feldman, Debra) (Entered: 08/05/2010) |
| 08/05/2010 | 145 | Opposition re 142 MOTION for Leave to File *Amended Complaint* filed by Kevin Falls, NBC Universal, Inc., News Corporation, Twentieth Century Fox, Twentieth Century Fox Group, Twentieth Century Fox Television. (Ritvo, Elizabeth) (Entered: 08/05/2010) |
| 08/05/2010 | 146 | Opposition re 142 MOTION for Leave to File *Amended Complaint* filed by ABC Entertainment, ABC Television Studios, Greg Berlanti, Marc Guggenheim, Mark Gordon Production Company, Shonda Rhimes, Walt Disney Company. (Nethercott, Elisa) (Entered: 08/05/2010) |
| 08/05/2010 | | Judge Douglas P. Woodlock: ELECTRONIC ORDER entered denying 136 Motion for Reconsideration, no good grounds having been adduced ; denying 142 Motion for Leave to File Document, see, e.g., Fisher v. Kadant, Inc., 589 F.3d 505, 509; Acevedo-Villalobos v. Hernandez, 22 F.3d 384, 389 (1st Cir. 1994); James v. Watt, 716 F.2d 71, 78 (1st Cir. 1983). (Woodlock, Douglas) (Entered: 08/05/2010) |
| 08/11/2010 | 147 | NOTICE OF APPEAL as to 135 Order Dismissing Case, Order on Motion for Reconsideration, Order on Motion for Leave to File,, by Debra Feldman NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/efiling.htm. US District Court Clerk to deliver official record to Court of Appeals by 8/31/2010. (York, Steve) (Entered: 08/12/2010)** |
| 08/13/2010 | | Filing fee/payment: $ 455.00, receipt number BST018963 for 147 Notice of Appeal, (Russo, Patricia) (Entered: 08/13/2010) |
| 08/31/2010 | 149 | AMENDED NOTICE OF APPEAL as to 135 Order Dismissing Case by Debra Feldman NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/efiling.htm. US District Court Clerk to deliver official record to Court of Appeals by 9/20/2010. (York, Steve) (Entered: 09/02/2010)** |
| 09/02/2010 | 148 | NOTICE by Debra Feldman (Feldman, Debra) (Entered: 09/02/2010) |