UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MASSACHUSETTS

DEBRA FELDMAN,
    Plaintiff

v.                                                        Civil Action No.: 09-10714

TWENTIETH CENTURY FOX,
TWENTIETH CENTURY FOX TELEVISION,
TWENTIETH CENTURY FOX GROUP,
NEWS CORPORATION, NBC UNIVERSAL, INC.,
UNITED TALENT AGENCY,
WILLIAM MORRIS ENDEAVOR ENTERTAINMENT
TOUCHSTONE TELEVISION PRODUCTIONS
AMERICAN BROADCASTING COMPANIES, INC.
DELUXE PICTURES INC
MARK GORDON, MARC KORMAN,
KEVIN FALLS, SHONDA RHIMES,
GREG BERLANTI, MARC GUGGENHEIM,
THE WALT DISNEY COMPANY
AND DOES 1-75,
    Defendants

### Motion to Reopen – 09-10714-cv
### Under Fed.R.Civ.P. Rule 60(a) and Rule 60(b)(2) and (6)

### *Exhibit AA* – *resubmitted with viewable highlighting*

## TABLE OF ATTACHMENTS

Attachments                                                                 Page

#1  Dkt. 104 (Fox) …...…………………………………………………………..16

#2  Dkt. 79 (pg 5) and Dkt 80 (pg 7) …………………………………………...19

#3  Dkt. 56 vs. Complaint paragraphs……………………………………….…..22

Attachment #1 – Docket 104

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DEBRA FELDMAN
13 Aurora Lane
Salem, MA  01970
(617) 957-5367
*Pro Se Counsel*

Civil Action No. 09-CA-10714

DEBRA FELDMAN

           Plaintiff

- against -

TWENTIEH CENTURY FOX, TWENTIEH CENTURY FOX TELEVISION, TWENTIEH CENTURY FOX GROUP, NEWS CORPORATION, NBC UNIVERSAL, INC., KEVIN FALLS, MARC KORMAN, UNITED TALENT AGENCY, ENDEAVOR (Talent management) SHONDA RHIMES, ABC TELEVISION STUDIOS (aka ABC Studios, Touchstone Television), ABC ENTERTAINMENT, MARK GORDON PRODUCTION COMPANY, GREG BERLANTI, MARC GUGGENHEIM, AND DOES 1-75.

           Defendant(s)

**REPLY MEMORANDUM OF LAW IN SUPPORT OF
DEFENDANTS TWENTIETH CENTURY FOX FILM CORPOARATION,
NEWS CORPOARATION, NBC UNIVERSAL, INC., AND KEVIN FALLS
MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS
THE COMPLAINT**

DAVIS WRIGHT TREMAINE LLP
Elizabeth A. McNamara (EAM 1987)
Monica Pa (MP 3307)
1633 Broadway
New York, New York  10019-6708
Phone:  (212) 603-6427
Fax:  (212) 489-8340

**Attorney for Defendants Twentieth Century Fox Film Corporation,
News Corporation, NBC Universal, Inc., and Kevin Falls**

September 18, 2009

[16]

Attachment #1 –

Compare yellow highlighting w/underline to page 18 (this document)

plaintiff's theory of access rests exclusively on her allegations of conspiratorial hacking. (Opp'n Br. 3-5.)

Under *Twombly* and *Iqbal*, plaintiff must allege "plausible" facts sufficient to set forth a prima facie case that defendants have a "reasonable possibility" of access to the infringed work. (*Id.* citing *Mag Jewelry v. Cherokee, Inc.*, 496 F.3d 108, 117 (1st Cir. 2007) ("reasonable possibility ... does not encompass any bare possibility in the sense that anything is possible. Access may not be inferred through mere speculation or conjecture. There must be a reasonable possibility of viewing plaintiff's work – *not bare possibility*"); see also *Jorgensen v. Epic/Sony Records*, 351, F.3d 46, 51 (2d cir. 2003).

Although a required element for a copyright claim is a plausible allegation of access, plaintiff now admits that she is relying on an "illogical scenario" in which a broad swath of Hollywood studios, writers, and agents may have engaged in a wide-ranging conspiracy to spy on plaintiff by illegally wiretapping her two telephone lines and hacking into her computer in Salem, Massachusetts over a period of several years. (Opp'n B. 5; Compl. ¶ 53-55, 64.) She supports her hacking theory by attaching copies of news articles discussing the conviction of Hollywood private eye Anthony Pellicano for wiretapping and articles generally concerning computer hacking rather than citing evidence that the Fox Defendants (or any other defendant) actually played a role in any hacking. (Pl. Exs. M1 and M2.) she adds to this mix of pure speculation irrelevant allegation that her "little Mac" crashed and problems with her phone lines. (Opp'n Br. 5-6; Compl. ¶ 55.) As further "proof" of access, plaintiff argues that defendants were apparently privy to intimate details of her "singularly unusual life," (*Id.* 43), including her vacations and her family names (like "Julius" and "Abby"). Most bizarrely, plaintiff also claims that, like Livia, the female time traveler in *Journeyman*, she had been on a

## **_Breaking News:_**

On July 7, 2011, Defendant News Corp. became the focus of a government announced inquiry (Operation Weeting) into a decade-long campaign[qv] of phone-hacking.[qv][1] Executive knowledge of News Corp. standard practice[qv] of hiring private detectives[qv] to hack phones[qv] necessarily must lead to Rupert Murdoch, head of News Corp.[qv][2] and to the cover-up[qv] that finally broke down on July 7, 2011. executive Ian Edmondson was suspended [3] and ex-editor Andy Coulson is among those arrested.[qv]  Reporter Clive Goodman and private investigator Glenn Mulcaire were both jailed for hacking on behalf of News Corp.[qv] [3](supra) and which has become an issue in trial court.[2](supra)  Mulcaire testified that the head of news at News Corp. "commissioned" him to hack live phone calls and crack voice-mail[qv][4] and; so far, more than 4,000 people are identified as potential victims including virtual unknowns, indicating a level of hacking not limited in scope to news,[5][6] nor has hacking been confined only to one News Corp. holding, nor only to phones.  Numerous lawsuits against News Corp. (for hacking) have already resulted in out of court settlements that total into the millions and may indicate a systemic practice of hacking throughout all News

(1) hire a private investigator;[1](supra)
(2) obtain the home address and, where necessary[1](supra)
(3) obtain even an unlisted/unpublished phone number;[1](supra)
(4) intercept phone calls and messages;[1](supra)
(5) listen and record their every private word;[1](supra)
(6) hack the lines of family and friends[1](supra)

[18]

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MASSACHUSETTS

DEBRA FELDMAN
13 Aurora Lane
Salem, MA  01970
(617) 957-5367
*Pro Se Counsel*

Debra Feldman
                    Plaintiff
               v.
TWENTIETH CENTURY FOX,
TWENTIETH CENTURY FOX
TELEVISION, TWENTIETH CENTURY
FOX GROUP, NEWS CORPORATION,
NBC UNIVERSAL, INC., KEVIN
FALLS, MARC KORMAN, UNITED
TALENT AGENCY, ENDEAVOR (talent
management), SHONDA RHIMES,
TOUCHSTONE TELEVISION
PRODUCTIONS (corrected from ABC
ENTERTAINMENT - aka ABC Studios,
Touchstone Television),

Civil Action No.
**09-CA-10714**

AMERICAN BROADCASTING
COMPANIES, INC.
(corrected from ABC TELEVISION
STUDIOS), MARK GORDON
PRODUCTION COMPANY, GREG
BERLANTI, MARC GUGGENHEIM,
THEWALT DISNEY COMPANY AND
DOES 1-75

                    Defendant(s)

**PLAINTIFF OPPOSITION TO DEFENDANTS
TWENTIEH CENTURY FOX FILM CORPORATION,
NEWS CORPORATION, NBC UNIVERSAL, INC.,
<u>KEVIN FALLS, MOTION TO DISMISS THE COMPLAINT</u>**

<u>UNDER SEAL</u>

Debra Feldman
13 Aurora Lane, Salem, MA  01970
Phone: (617) 957-5367
Pro se Attorney for Plaintiff Debra Feldman

Plaintiff Debra Feldman, who comes before this Court as an individual, herby submits this opposition to the defendants' motion to dismiss the Complaint and Amended Complaint.

[19]

training whatsoever and "a mediocre high school education". Saying: "I don't *know* how they did it" would have been more accurate, but that there was ever anyone else living in my home caused legal minds to suggest it not only "may have been" the boyfriend, but that it likely was him. As an actual human with access, that scenario was considered more "believable" than what in all probability took place. Though I strenuously disagreed, I was advised that any Complaint need offer the "logical" alternative. Contrarily, Defendant Rhimes was matching my material and expression of storyline prior to June '06; the total time-frame in which Richard Renshaw lived in my home. I am embarrassed to have listened to bad legal advice and named Rick anywhere in the Complaint when the [1] illogical scenario is the most likely. I am not a public person, however, I am not unknown and had a published work in 2003. Clearly stated, on every copy of that work, is that I am currently at work on my next novel. I am likewise not a completely invisible author. There are copies of my novel sitting on "lending library" shelves as far away as Chicago, Virginia, and Kentucky. AOH is available at brick and mortar stores as well as sold and resold through online bookstores which number between 24,000 and 25,000 (number as provided by iUniverse). There have been multiple book signings (2003 to present) in four states; Massachusetts, Michigan, Florida, and New Hampshire; as well as speaking engagements; book clubs meetings; and a local High School, where I hand out business cards with my e-mail and phone numbers on them. AOH is cited in *An Annotated Bibliography of Fiction Set in Boston* (working draft), By Gerry Richman (viewable on-line), listed under the category Mysteries/Thrillers/Suspense and has earned positive reviews published in widely distributed publications as far back as 2003. I was interviewed on local radio, one station with worldwide broadcast capabilities (WBZ "listen live") and, therefore, a worldwide audience. I

---

[1]In 1900 everyone considered space travel, via a deliberate course, to a deliberate destination impossible; wholly illogical; and highly improbable. What was previously "known" to be impossible is today's very old news.

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MASSACHUSETTS

DEBRA FELDMAN
13 Aurora Lane
Salem, MA 01970
(617) 957-5367
*Pro Se Counsel*

Debra Feldman
         Plaintiff
         v.
TWENTIETH CENTURY FOX,
TWENTIETH CENTURY FOX
TELEVISION, TWENTIETH CENTURY
FOX GROUP, NEWS CORPORATION,
NBC UNIVERSAL, INC., KEVIN
FALLS, MARC KORMAN, UNITED
TALENT AGENCY, ENDEAVOR (talent
management), SHONDA RHIMES,
TOUCHSTONE TELEVISION
PRODUCTIONS (corrected from ABC
ENTERTAINMENT - aka ABC Studios,
Touchstone Television),

Civil Action No.
09-CA-10714

AMERICAN BROADCASTING
COMPANIES, INC.
(corrected from ABC TELEVISION
STUDIOS), MARK GORDON
PRODUCTION COMPANY, GREG
BERLANTI, MARC GUGGENHEIM,
THE WALT DISNEY COMPANY AND
DOES 1-75

         Defendant(s)

**PLAINTIFF OPPOSITION TO
CERTAN DEFENDANTS'
MOTION TO DISMISS THE COMPLAINT
PURSUANT TO RULE 12(B)(6)**

**UNDER SEAL**

Debra Feldman
13 Aurora Lane, Salem, MA 01970
Phone: (617) 957-5367
Pro se Attorney for Plaintiff Debra Feldman

Plaintiff Debra Feldman, who comes before this Court as an individual, herby submits this opposition to the defendants' motion to dismiss the Complaint and Amended Complaint.

[21]

need offer the "logical" alternative. Contrarily, Defendant Rhimes was matching my material and expression of storyline prior to June '06; the total time-frame in which Richard Renshaw lived in my home. I am embarrassed to have listened to bad legal advice and named Rick anywhere in the Complaint when the [1] illogical scenario is the most likely. I am not a public person, however, I am not unknown and had a published work in 2003. Clearly stated, on every copy of that work, is that I am currently at work on my next novel. I am likewise not a completely invisible author. There are copies of my novel sitting on "lending library" shelves as far away as Chicago, Virginia, and Kentucky. AOH is available at brick and mortar stores as well as sold and resold through online bookstores which number between 24,000 and 25,000 (number as provided by iUniverse). There have been multiple book signings (2003 to present) in four states; Massachusetts, Michigan, Florida, and New Hampshire; as well as speaking engagements; book clubs meetings; and a local High School, where I hand out business cards with my e-mail and phone numbers on them. AOH is cited in *An Annotated Bibliography of Fiction Set in Boston* (working draft), By Gerry Richman (viewable on-line), listed under the category Mysteries/Thrillers/Suspense and has earned positive reviews published in widely distributed publications as far back as 2003. I was interviewed on local radio, one station with worldwide broadcast capabilities (WBZ "listen live") and, therefore, a worldwide audience. I also teach creative writing. Contrary to Council's opinion that one need be widely known to be plagiarized, it requires but one purchase. Plagiarizing obscure works, such is mine, is neither a new nor revolutionary idea and occurs often enough to be included in TV culture. To paraphrase *Stargate SG 1*, 10/6 – *If you are going to plagiarize, go with something obscure.* I am obscure, but my work is known, widely available, well reviewed, and well enjoyed (except by NBC Council

---

[1]In 1900 everyone considered space travel, via a deliberate course, to a deliberate destination impossible; wholly illogical; and highly improbable. What was previously "known" to be impossible is today's very old news.

## Dkt. 56 (Fox 12(b)(6) vs. Cplt. ¶¶)
### Probative Characteristics of the work

| # | Dkt. 56: | Complaint ¶¶: | The science-fiction of time travel, premised on it being: |
|---|---|---|---|
| 1 | at 5-6 | ¶¶30[2], 32[1], 33, 42 | "involuntarily |
| 2 | at 6 | ¶¶30[6-8]; 32[1] | time travel "missions" |
| 3 | at 6 | ¶30[2] | to change the destiny of certain people in the past |
| 4 | at 6 | ¶43 | including strangers (see also the title *The Comfort of "Strangers"* |
| 5 | at 6 | ¶33 | without, at first, the traveler's absolute knowledge or understanding of the exact "target or purpose of the travel" |
| 7 | at 24, 25 | ¶¶30[2]; 32[9] | The travelers are exactly "<u>conscripted</u>" |
| 8 | at 6 | ¶30[3-5] | into service as time traveling do-gooders |
| 9 | at 6 | ¶30[3-5] | to benefit someone other than themselves |
| 10 | at 6 | ¶¶30[6-8], 42 | without any ability to choose or refuse to be time travelers |
| 11 | at 6 | ¶42 | Travelers run into past versions of themselves, their friends and family |
| 12 | at 6 | ¶¶36, 42, 88(4-5, 7) | and the 'chapters' of travel are tied together by the family and works lives of the travelers |
| 13 | at 6 | ¶¶42, 43, 88(4-5, 7) | sometimes finding 'a family member is in "considerable danger"' |
| 14 | at 6 | ¶39, 88(16) | Destination location 'mostly' confined to his home town |
| 15 | 24, 25 | ¶¶30[2][6-8]; 32[1][9] | The series ultimately reveals to its travelers they are not alone in their "conscription" into time travel missions – there are others traveling through time. (pgs attached and highlighted) |

[23]

Attachment #3 – The Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MASSACHUSETTS

DEBRA FELDMAN
13 Aurora Lane
Salem, MA  01970
(617) 957-5367
*Pro Se Counsel*

Debra Feldman
      Plaintiff

v.

TWENTIEH CENTURY FOX,
TWENTIEH CENTURY FOX
TELEVISION, TWENTIEH CENTURY
FOX GROUP, NEWS CORPORATION
NBC UNIVERSAL, INC., KEVIN
FALLS, MARC KORMAN, UNITED
TALENT AGENCY, ENDEAVOR (talent
management) SHONDA RHIMES,
TOUCHSTONE TELEVISION
PRODUCTIONS, AMERICAN
BROADCASTING COMPANIES, INC,
MARK GORDON PRODUCTION
COMPANY, GREG BERLANTI, MARC
GUGGENHEIM, AND DOES 1-75.
      Defendant(s)

Civil Action No.
09-CA-10714

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**MISAPPROPRIATION OF INTELLECTUAL PROPERTY**
**WILLFUL BLINDNESS**
**ALLOWING MISAPPROPRIATION OF IP**
**AND UNFAIR COMPETITION**

Attachment #3 – The Complaint

## **PERTINENT PARAGRAPHS**

30. Plaintiff's *Overlap Series* includes, but is not limited to, *An Ordinary Hero* (2003); *The Passion of Strangers/The Comfort of Strangers* (1994); *The Red Tattoo* (2005) and *Days of Grace*. Each literary work which is the product of months of research and development work by FELDMAN for a creative work of fiction which [1] centers on the lives of multiple individuals; [2] involuntarily conscripted into serial time-travel; [3] whose time-travel purpose is toward a beneficial and altruistic end; [4] with no "intended" benefit for the time-travelers except as a side benefit; [5] whose altruism often as not acts to their detriment; [6] whose travel is controlled by an entity other than the time-travelers, [7] at whose beck-and-call the time-travelers are at all times, [8] able neither to choose nor refuse (neither volunteer, nor decline to be in and of service to the entity); [9] who experience significant and specific "WARNING SIGNS" of imminent time-travel.

32. Plaintiff FELDMAN's claim of "original creation" with regard to serial time-travel goes to the theme of it being [1] **INVOLUNTARY**, [2] at the behest of a powerful unseen entity, [3] without aid/benefit of machine, [4] without high or low technology (including but not limited to machines; mechanical teleportation by beam or other; text, mental concentration or other), [5] absent quantum physics or mechanics, [6] absent any helper/assistant from the traveler's own or any other time, [7] absent any form of physical defect, [8] absent naturally occurring phenomenon (such as in *Frequency*), [9] absent intent, motive, premeditation, or volunteerism, [10] absent selection (the ability to choose when and to where the

[25]

travelers will travel), [11] with symptoms which act as a **"WARNING DEVICE"** of imminent time-travel. This specific collection of elements is consistently the basis for all works in Plaintiff FELDMAN'S *Overlap Series*, is singularly exclusive to Plaintiff's work and is exclusively her creative INTELLECTUAL PROPERTY. There are no other serial time-travel works which consistently embody all of the above elements.

33. Consistent in *The Overlap Series*, is that while the serial time-travelers are unaware of their exact travel purpose at the time of travel they are, nonetheless, aware they will travel multiple times. Each story in *The Overlap Series* eludes to the time-travelers' being selected as travelers based on to their ability to accidentally do or say the exact thing, or be in the exact necessary place to correct the unsatisfactory outcome of an event, before the event actually happens, for people who otherwise would be or already are in trouble. This awareness of "command performance" serial time-travel, against the traveler's own selection, will or convenience; and "seat-of-the-pants" reactions in the time-travel moment to complete a mission/assignment is fully emulated by Defendant FALLS in the serial time-travel series *Journeyman*.

36. Plaintiff FELDMAN's *An Ordinary Hero*'s main character is a tall, blue-eyed, blond serial time-traveler, traveling through time during the period in his own life when he has a wife and young son who, while alone, witnesses his father travel to an alternate time. This specific "life set-up" of wife and young son who witnesses his father travel is fully emulated by Defendant FALLS in the involuntary serial time-

travel series *Journeyman*.

42. The thrust of Plaintiff FELDMAN's *Overlap Series* is not the story of serial time-travel, but the stories of people subjected to involuntary serial time-travel. The travelers possess no means to transport themselves by their own will/intent, but are juggled about by a powerful entity. The detailed work therein embodies plot, characters, setting, and numerous other details comprising the entire *Overlap Series* creative work, and is fully emulated in minute detail by Defendant FALLS in the involuntary serial time-travel series *Journeyman*.

39. Consistent throughout Plaintiff FELDMAN's *The Comfort of Strangers* is noted the singular and specific "destination location" to which each of the time-travelers must travel. This singular "destination location" is fully emulated by Defendant FALLS in the serial time-travel series *Journeyman*.

43. Consistent in Plaintiff FELDMAN's work are a collection of family, friends, and strangers in the travelers' lives who experience specific love, specific trouble, specific need, specific pain, suffer specific great romance, specific tragic love and specific tragic loss. The detailed work therein comprises the entire *Overlap Series* as a singularly creative work and is fully emulated in minute detail by Defendant FALLS in the involuntary serial time-travel series *Journeyman*.

88. Numerous striking similarities between the Defendants' *Journeyman* and Plaintiff's copyright applied work *The Comfort of Stranger*, *The Red Tattoo*, *Days of Grace*, the content of two letters found only in Plaintiff's computer and personal telephone conversations; which include (without limitation) similarities in (1) the objective of

[27]

Attachment #3 – The Complaint

the series storyline; (2) the location where the series takes place (that the city possesses an above ground transit system running on rails; (3) the specific names of the characters; (4) the specific lives of the characters; (5) the specific acts/actions of the characters; (6) the format, manner, and mode of the time-travel element; (7) the specific tragic components of the romantic element; (8) the existence of "warning signs" which specifically limit the interval preceding travel; (9) the specific "after-effect" of time-travel (10) the type of person selected to be a time-traveler; (11) the specific real-life events chosen for inclusion in the storylines; (12) the specific non-real-life events chosen for inclusion in the storyline; (13) specific types of outcomes which cannot be altered by the traveler; (14) the specific evidence that time travel is a fact; (15) that everything within the series happens for a reason unknown at the time of travel, but whose reason is revealed at the end of each episode/novel and which connects everything in the series to every other thing in the series; (16) the specific time-travel destination of each traveler; (17) innumerable other similarities which make *Journeyman* a slavish copy of the Plaintiff's copyright-application material *The Comfort of Strangers, The Red Tattoo, Days of Grace*. All are the identical points noted by Defendant FALLS in assorted interviews re: the serial time-travel work *Journeyman*.

## Attachment #3 – Overlap pages

## Blond traveler keeps a man from being run down by a vehicle

*Boston, MA—1996*                                                                89

Just ahead, a familiar looking man was standing at the curb, waiting for the crosswalk light to change. He was reading the newspaper held in one hand and sipped at the cup of coffee held in the other. During the day, Brookline Avenue was crowded with all manner of vehicles to watch out for. With the lateness of the hour, the man paid no attention to the few on-coming cars.

From the corner of his eye, Tre caught sight of an erratically driven sports car. The same set of wheels was cruising Kenmore Square with a pair of teenagers in

   Knowing teenagers well enough to expect them to do stupid things, Tre pedaled hard and quick, until he was far to the right and well ahead of the hot-rod.

90                                                                An Ordinary Hero

Suddenly, it was barreling down the street, weaving out of control, the driver and his front seat passenger wrestling over control of the steering wheel. Stupid! The crosswalk light changed and the pedestrian stepped into the street, his face still buried in the newspaper, the hot-rod headed right for him. Tre heard a strange, unsettling, whistle and a sudden flush made him break out in a sweat, as he desperately tried to reach the pedestrian before the car did. He came along side the man. Grabbed his arm. Pulled him down and backward, out of harm's way. The pedestrian rolled to the ground and out the end of the crosswalk. His paper and drink flew into the air, showering him in newsprint and latte, as Tre's bike

sent Tre and the bicycle sliding down the back end of the car and off the trunk. He scraped over another five feet of pavement, on his shoulder, before finally coming to a stop in the middle of the street.

   *   *   *   *

   The pedestrian ran to the bicyclist and took a mental inventory of injuries. The car's impact broke his lower left leg; the shattered windshield caused some that good-night." No response, certainly not the one he wanted. "Shit! Where's

## Attachment #3 – Overlap pages

## AOH – Headache as a warning sign of time travel

202                                                                                          An Ordinary Hero

Connie's apartment and changed out of their party duds. They were all relaxing when older Matthew excused himself, pleading a headache.

*************************

*Peterborough, NH—January, 1969*                                                              203

   Tre volunteered to get him, but returned alone, holding an envelope and looking a little pale. "Where did he go? He didn't leave and he wasn't there. Only this." He displayed the envelope. "It was on the bed. It's addressed to me, from

   Older Matthew's headache was the feverish queasiness that marked the end of his Overlap. He accomplished everything he was meant to do and was returning to his own Time. The rest was up to Connie—retell the events of the previous

[30]

Attachment #3 – Overlap pages

<u>Central woman learns she is pregnant; considers aborting child</u>

206                                                                                              An Ordinary Hero

   Connie suddenly remembered that day with crystal clarity. She learned she was pregnant the afternoon before and was frantic over what to do. She opted to

she woke up in a sweat from her recurring nightmare. She lay her hands on her still flat belly and began to cry. "What am I going to do, little one?" She spoke to her unborn child. "There's a man in Keene who can make you go away until Ethan and I are ready, but you're part of my Ethan…my Ethan. What if you are my only chance to be a mother?" In that moment, there was a slight flutter in the pit of her belly. She swore she would not destroy Ethan's future, even if the consequences were that she would not share that future with him, but she resolved to find a way to keep the baby growing inside her

*****************

246                                                                                              An Ordinary Hero

"I can't allow you to screw-up all of our lives! Pop-op needs you and Popi to be together from the beginning." Emily wasn't getting thru. "You must protect him." Connie's hands instinctively flew to her belly, to shield her unborn child. "Everyone's depending on me and I'm depending on *you*. This is the moment of

his eyes, his fair hair. The mark of the Time-piece said she was responsible for traveling to the beginning, to secure the future. There would be consequences, if she failed. Pure stubbornness was all that made Connie doubt her. She could hardly believe her own words. "Why should I?"
   Connie's mind was already made up. She refused to ruin everything Ethan worked so hard for. On the other hand, the girl was right. It was only one day.

   "If I could, I would, but a Reweaver, even a Time-piece, is merely a messenger. I can't change the outcome of things in this Time. Only you can do that. The story's been passed from daughter to daughter, which makes you the key,

[31]

## TABLE OF ATTACHMENTS

### Excerpts from The Red Tattoo

**The future doctor**

Dori scurried through her college courses as if her pants were on fire and, even being pre-med, finished in two years. She spent her entire college career posted to the Dean's list which earned her a

Exactly as promised, Dori Nelson's grades as well as her comings and goings *were* monitored. Toward the end of her final term, Dori's usual monthly check arrived in a registered envelope which also contained a letter. It stated that considering her service to the school and her performance, should she care to continue her education and attend Medical School those expenses would, likewise, be covered.

**Who; in the past, kept 6 people from dying in a vehicle accident**

Everyone aboard The Naronic will perish," she explained. "Board with them, you'll die with them. If that happens, I'll never be born. Never come here. Never stop you. Please say that you'll buy tickets to board The Titan for yourself and Mam and that you'll trade in BooBoo's tickets for ones aboard The Titan. Please," she begged.

Four late arriving cattlemen, desperate to board The Naronic, found the ship was at capacity. There were no tickets to purchase from the window. Shemesh stepped up with Gittel's tickets. Thank goodness the men, so anxious to buy, didn't bother bargaining for a discount Gittel could not afford. Shemesh pooled the cattlemen's money and with his own and acquired six passages aboard The Titan. Gittel's gut said there was a reason the reportedly sensible Shemesh was so spontaneously insistent about the tickets

**Traveler who melts into the crowd and returns to their own time**

There wasn't time for much beyond saying good-bye.
She continued to walk the quay as The S.S. Titan made way from port and into the harbor. Dori was still waving good-bye, and they to her from the back end of the ship, as it put to sea. Those aboard ship lost sight of Dori Y as she unceremoniously melted into the crowd and returned to her own time.