# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MASSACHUSETTS


DEBRA FELDMAN,
                Plaintiff


        v.                                                    Civil Action No.: 09-10714

TWENTIETH CENTURY FOX,
TWENTIETH CENTURY FOX TELEVISION,
TWENTIETH CENTURY FOX GROUP,
NEWS CORPORATION,  NBC UNIVERSAL, INC.,
UNITED TALENT AGENCY,
WILLIAM MORRIS ENDEAVOR ENTERTAINMENT
TOUCHSTONE TELEVISION PRODUCTIONS
AMERICAN BROADCASTING COMPANIES, INC.
DELUXE PICTURES INC
MARK GORDON,  MARC KORMAN,
KEVIN FALLS,  SHONDA RHIMES,
GREG BERLANTI,  MARC GUGGENHEIM,
THE WALT DISNEY COMPANY
AND DOES 1-75,
                Defendants

## Plaintiff's Motion to Respond to
## All Oppositions in One Response

        Where the defendants each make the same/similar arguments; in the interest of

judicial economy, Plaintiff Moves to spare court resources and from burdening the court

by answering the three Oppositions in one Response, rather than redundantly in three

separate documents that each basically say the same thing.


August 3, 2011, 2011
Respectfully Submitted,

/s/  Debra Feldman, MIS, pro se
Debra Feldman

## CERTIFICATE OF SERVICE

I hereby certify that this document will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF):

DAVIS WRIGHT TREMAINE LLP
1633 Broadway; New York, NY  10019
Elizabeth McNamara (EAM 1987) – lizmcnamara@dwt.com
Monica Pa (MP 3307) – monicapa@dwt.com

BROWN RUDNICK LLP
One Financial Center; Boston, MA 02111-2600
Elizabeth A. Ritvo (BBO#421440) –  eritvo@brownrudnick.com
Steven M. Veenema (BBO#672097) – sveenema@brownrudnick.com

FOLEY HOAG LLP FOLEY HOAG LLP
155 Seaport Boulevard 155 Seaport Boulevard
Boston, MA 02210 Boston, MA 02210
(617) 832-1000
Paul Bork, (BBO# 541815) - pbork @foleyhoag.com
Michael P. Boudett, (BBO# 558757) – mboudett@foleyhoag.com
Jeffrey S. Follett, (BBO# 564337) – jfollett @foleyhoag.com
Elisa K. Nethercott, (BBO# 663656) – enethercott@foleyhoag.com
Diana Jong

ZELLE McDONOUGH & COHEN, LLP;
101 Federal Street, 14th floor
Boston, MA 02110
Thomas W. Evans, Esq. (BBO #: 552820) – tevans@zelmcd.com

McCARTER & ENGLISH, LLP
265 Franklin Street
Boston, MA 02110
Erik Paul Belt, BBO # 558620 – Ebelt@mccarter.com
Kara A. Lynch, BBO # 659920 – Klynch@mccarter.com

Dated:
August 3, 2011

/s/ Debra Feldman
Debra Feldman