# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF MASSACHUSETTS


DEBRA FELDMAN,

                Plaintiff

      v.                                   Civil Action No.: 09-10714

TWENTIETH CENTURY FOX,
TWENTIETH CENTURY FOX TELEVISION,
TWENTIETH CENTURY FOX GROUP,
NEWS CORPORATION,  NBC UNIVERSAL, INC.,
UNITED TALENT AGENCY,
WILLIAM MORRIS ENDEAVOR ENTERTAINMENT
TOUCHSTONE TELEVISION PRODUCTIONS
AMERICAN BROADCASTING COMPANIES, INC.
DELUXE PICTURES INC
MARK GORDON,  MARC KORMAN,
KEVIN FALLS,  SHONDA RHIMES,
GREG BERLANTI,  MARC GUGGENHEIM,
THE WALT DISNEY COMPANY
AND DOES 1-75,

                Defendants


## Plaintiff Exhibit BB

Attached is the most relevant hacking of email; with unifying IP address 70.59.126.254

       Plaintiff sent an e-mail to the NYC FBI – address confirmed as correct by the FBI in Washington, D.C.

       The exact next day plaintiff received a reply email allegedly from that same FBI address  [#1 below], but which neither originated in New York City nor with the FBI. Plaintiff's contact was monitored and the FBI return address is a clone.


       The return path of the FBI's "CLONE" "response" leads to an IP address in the United Kingdom (Britain), which then goes to Chicago.  Full "trace path",  with all IP address "pings" is included.  LR-Joe CLONE and Bill NH CLONE also lead to Chicago.

## #1 – Trace Path – Clone of FBI e-mail address

| 46.166.129.110 - Geo Information | |
|---|---|
| IP Address | **46.166.129.110** |
| Host | 46.166.129.110 |
| Location | 🏴 **GB, United Kingdom** |
| City | -, - - |
| Organization | Santrex UK VPS Services |
| ISP | Santrex Internet Services |
| AS Number | AS13213 UK-2 Ltd Autonomous System |
| Latitude | 54°00'00" North |
| Longitude | 2°00'00" West |
| Distance | 2235.57 km (1389.12 miles) |

| 83.170.70.134 - Geo Information | |
|---|---|
| IP Address | 83.170.70.134 |
| Host | dc5.as13213.net |
| Location | 🏴 GB, United Kingdom |
| City | -, - - |
| Organization | UK2 Infrastructure |
| ISP | UK2 - Ltd |
| AS Number | AS13213 UK-2 Ltd Autonomous System |
| Latitude | 54˚00'00" North |
| Longitude | 2˚00'00" West |
| Distance | 2235.57 km (1389.12 miles) |

There is no 2004 tape recorded conversation between Plaintiff and her provider, still plaintiff is trying to acquiring relevant evidence – the report of the incident.  It appears that the 2004 access was either never cured or the hacker/s found a work-around as access persists to this day.  Though plaintiff did not know to preserve the 2004 emails which originally alerted her to the hacking of her email; complete with its password, she was since rehacked as she was cloned, which means the hacker also obtained her new password.

Additional is a sufficient degree of additional evidence that hacking and then cloning extends to those in plaintiff's computer address book, which individuals are spread both far and wide; have had their own accounts hacked, compromised and cloned. These individuals have absolutely no connection to each other except through plaintiff.

### **Return-Path: <Janice@mail.org>**
### Clone from the NYC FBI

Received: from mtain-dc05.r1000.mx.aol.com (mtain-dc05.r1000.mx.aol.com [172.29.64.133])
by air-mc05.mail.aol.com (v129.10) with ESMTP id MAILINMC051-a9674e27567959; Wed, 20
Jul 2011 18:28:09 -0400
Received: from mout9.freenet.de (mout9.freenet.de [195.4.92.99])
        by mtain-dc05.r1000.mx.aol.com (Internet Inbound) with ESMTP id 579F9380000F7;
        Wed, 20 Jul 2011 18:27:57 -0400 (EDT)
Received: from [195.4.92.23] (helo=13.mx.freenet.de)
        by mout9.freenet.de with esmtpa (ID ingrid.janisch@dinkelsbuehlmail.de) (port 25)
(Exim 4.76 #5)
        id 1QjfES-0008JJ-9S; Thu, 21 Jul 2011 00:27:08 +0200
Received: from [**46.166.129.110**] (port=62473 helo=User)
        by 13.mx.freenet.de with esmtpa (ID ingrid.janisch@dinkelsbuehlmail.de) (port 587)
(Exim 4.72 #5)
        id 1QjfES-0006Y8-2C; Thu, 21 Jul 2011 00:27:08 +0200
Reply-To: <ny1.ic.fbi.gov2@globomail.com>
From: "Janice K. Fedarcyk"<Janice@mail.org>
Subject: Re: FBI) the New York State, USA
Date: Wed, 20 Jul 2011 15:27:23 -0700

MIME-Version: 1.0
Content-Type: multipart/mixed;
        boundary="----=_NextPart_000_00D6_01C2A9A6.65237DB8"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2600.0000
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2600.0000
Message-ID: <1QjfES-0006Y8-2C@13.mx.freenet.de>
x-aol-global-disposition: S
X-AOL-VSS-INFO: 5400.1158/72576
X-AOL-VSS-CODE: clean
X-AOL-REROUTE: YES
x-aol-sid: 3039ac1d40854e27566d5aa8
X-AOL-IP: 195.4.92.99
X-AOL-SPF: domain : mail.org SPF : none

## FULL TRACE PATH

http://cqcounter.com/traceroute/?query=172.29.64.133 – 172.29.64.133

| Ho p | Min | Max | Avg | IP address | Host | Geo Information | Latitud e | Longitu de | Distan ce |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.05 1 ms | 0.08 5 ms | 0.06 7 ms | 70.59.126.25 4 | gw2.w3open.co m | 🇺🇸 United States, Wayzata | 44�97'5 2" N | 93�52'7 5" W | 32.77 km |
| 2 | 22.9 64 ms | 22.9 78 ms | 22.9 73 ms | 207.225.140. 239 | mpls-dsl-gw47-239.mpls.qwest. net | 🇺🇸 United States, Denver | 39�75'2 5" N | 104�99' 95" W | 1138.00 km |
| 3 | 23.1 22 ms | 23.3 62 ms | 23.2 06 ms | 75.168.229.1 13 | mpls-agw1.inet.qwest .net | 🇺🇸 United States, Minneapolis | 44�98'2 3" N | 93�30'6 3" W | 17.13 km |

http://cqcounter.com/traceroute/?query=195.4.92.99 - 195.4.92.99

| Ho p | Min | Max | Avg | IP address | Host | Geo Information | Latitu de | Longitu de | Distan ce |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.082 ms | 0.126 ms | 0.102 ms | 70.59.126.2 54 | gw2.w3open.com | 🇺🇸 United States, Wayzata | 44�97' 52" N | 93�52'7 5" W | 32.77 km |
| 2 | 22.60 8 ms | 22.66 2 ms | 22.64 1 ms | 207.225.14 0.239 | mpls-dsl-gw47-239.mpls.qwest.net | 🇺🇸 United States, Denver | 39�75' 25" N | 104�99' 95" W | 1138.0 0 km |
| 3 | 22.81 0 ms | 23.03 4 ms | 22.95 5 ms | 75.168.229. 113 | mpls-agw1.inet.qwest.net | 🇺🇸 United States, Minneapolis | 44�98' 23" N | 93�30'6 3" W | 17.13 km |
| 4 | 32.74 0 ms | 33.24 0 ms | 33.06 4 ms | 67.14.8.238 | chp-brdr-04.inet.qwest.net | 🇺🇸 United States, - | 38�00' 00" N | 97�00'0 0" W | 850.05 km |
| 5 | 32.90 3 ms | 33.21 1 ms | 33.09 4 ms | 208.178.58. 137 | te6-2-10G.ar3.chi2.gblx.net | 🇺🇸 United States, - | 38�00' 00" N | 97�00'0 0" W | 850.05 km |

| 6 | 136.079 ms | 136.860 ms | 136.494 ms | 208.49.224.242 | MOBILCOM.GigabitEthernet3-24.ar1.FRA4.gblx.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 7 | 145.567 ms | 146.280 ms | 145.868 ms | 62.104.199.9 | xe-1-0-0-0.ffm3-j.mcbone.net | Germany, Kiel | 54°33'33" N | 10°13'33" E | 6812.04 km |
| 8 | 149.704 ms | 150.045 ms | 149.881 ms | 62.104.191.196 | ge-4-1-0-0.dus2-j.mcbone.net | Germany, Kiel | 54°33'33" N | 10°13'33" E | 6812.04 km |
| 9 | 149.126 ms | 149.859 ms | 149.521 ms | 62.104.198.2 | Vlan53.dus2-x0.mcbone.net | Germany, Kiel | 54°33'33" N | 10°13'33" E | 6812.04 km |
| 10 | 149.809 ms | 150.039 ms | 149.887 ms | 195.4.92.99 | mout9.freenet.de | Germany, Hamburg | 53°55'00" N | 10°00'00" E | 6859.45 km |

http://cqcounter.com/traceroute/?query=195.4.92.23 - 195.4.92.23

| Hop | Min | Max | Avg | IP address | Host | Geo Information | Latitude | Longitude | Distance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.084 ms | 0.128 ms | 0.104 ms | 70.59.126.254 | gw2.w3open.com | United States, Wayzata | 44°97'52" N | 93°52'75" W | 32.77 km |
| 2 | 22.732 ms | 22.963 ms | 22.870 ms | 207.225.140.239 | mpls-dsl-gw47-239.mpls.qwest.net | United States, Denver | 39°75'25" N | 104°99'95" W | 1138.00 km |
| 3 | 23.369 ms | 23.396 ms | 23.382 ms | 75.168.229.113 | mpls-agw1.inet.qwest.net | United States, Minneapolis | 44°98'23" N | 93°30'63" W | 17.13 km |
| 4 | 33.314 ms | 33.556 ms | 33.471 ms | 67.14.8.238 | chp-brdr-04.inet.qwest.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 5 | 230.212 ms | 230.484 ms | 230.384 ms | 208.178.58.137 | te6-2-10G.ar3.chi2.gblx.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 6 | 136.394 ms | 137.203 ms | 136.668 ms | 208.49.224.242 | MOBILCOM.GigabitEthernet3-24.ar1.FRA4.gblx.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 7 | 145.193 ms | 145.626 ms | 145.381 ms | 62.104.199.9 | xe-1-0-0-0.ffm3-j.mcbone.net | Germany, Kiel | 54°33'33" N | 10°13'33" E | 6812.04 km |
| 8 | 149.886 ms | 150.176 ms | 149.998 ms | 62.104.191.196 | ge-4-1-0-0.dus2-j.mcbone.net | Germany, Kiel | 54°33'33" N | 10°13'33" E | 6812.04 km |
| 9 | 150.055 ms | 150.602 ms | 150.257 ms | 62.104.198.6 | Vlan52.dus2-x1.mcbone.net | Germany, Kiel | 54°33'33" N | 10°13'33" E | 6812.04 km |
| 10 | 149.281 ms | 149.947 ms | 149.703 ms | 195.4.92.23 | 13.mx.freenet.de | Germany, Hamburg | 53°55'00" N | 10°00'00" E | 6859.45 km |

http://cqcounter.com/traceroute/?query=46.166.129.110 - 46.166.129.110

| Hop | Min | Max | Avg | IP address | Host | Geo Information | Latitude | Longitude | Distance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.087 ms | 0.130 ms | 0.106 ms | 70.59.126.254 | gw2.w3open.com | 🇺🇸 United States, Wayzata | 44�97'52" N | 93�52'75" W | 32.77 km |
| 2 | 22.561 ms | 22.753 ms | 22.628 ms | 207.225.140.239 | mpls-dsl-gw47-239.mpls.qwest.net | 🇺🇸 United States, Denver | 39�75'25" N | 104�99'95" W | 1138.00 km |
| 3 | 22.720 ms | 22.892 ms | 22.784 ms | 75.168.229.113 | mpls-agw1.inet.qwest.net | 🇺🇸 United States, Minneapolis | 44�98'23" N | 93�30'63" W | 17.13 km |
| 4 | 33.101 ms | 33.407 ms | 33.297 ms | 67.14.8.238 | chp-brdr-04.inet.qwest.net | 🇺🇸 United States, - | 38�00'00" N | 97�00'00" W | 850.05 km |
| 5 | 33.352 ms | 33.755 ms | 33.552 ms | 129.250.9.69 | xe-0-3-0-0.r05.chcgil09.us.bb.gin.ntt.net | 🇺🇸 United States, Englewood | 39�56'90" N | 104�85'82" W | 1140.11 km |
| 6 | 32.532 ms | 33.273 ms | 32.848 ms | 129.250.2.24 | ae-6.r20.chcgil09.us.bb.gin.ntt.net | 🇺🇸 United States, Englewood | 39�56'90" N | 104�85'82" W | 1140.11 km |
| 7 | 56.135 ms | 65.532 ms | 60.855 ms | 129.250.2.41 | ae-4.r23.nycmny01.us.bb.gin.ntt.net | 🇺🇸 United States, Englewood | 39�56'90" N | 104�85'82" W | 1140.11 km |
| 8 | 54.761 ms | 55.007 ms | 54.847 ms | 129.250.3.72 | ae-0.r22.nycmny01.us.bb.gin.ntt.net | 🇺🇸 United States, Englewood | 39�56'90" N | 104�85'82" W | 1140.11 km |
| 9 | 127.949 ms | 141.360 ms | 136.755 ms | 129.250.3.255 | as-1.r22.londen03.uk.bb.gin.ntt.net | 🇺🇸 United States, Englewood | 39�56'90" N | 104�85'82" W | 1140.11 km |
| 10 | 122.431 ms | 126.870 ms | 124.084 ms | 129.250.2.78 | po-2.r00.londen03.uk.bb.gin.ntt.net | 🇺🇸 United States, Englewood | 39�56'90" N | 104�85'82" W | 1140.11 km |
| 11 | 126.072 ms | 140.098 ms | 130.760 ms | 69.22.139.42 | xe-2-0-2.ar1.lhr1.uk.nlayer.net | 🇺🇸 United States, Chicago | 41�88'24" N | 87�63'76" W | 568.39 km |
| 12 | 122.871 ms | 146.287 ms | 130.855 ms | 69.22.139.46 | as13213.ae4.ar1.lhr1.uk.nlayer.net | 🇺🇸 United States, Chicago | 41�88'24" N | 87�63'76" W | 568.39 km |
| 13 | 126.454 ms | 129.341 ms | 128.181 ms | 83.170.70.134 | dc5.as13213.net | 🇬🇧 United Kingdom, - | 54�00'00" N | 2�00'00" W | 6184.83 km |
| 14 | 123.648 ms | 140.283 ms | 132.630 ms | 46.166.129.110 | 46.166.129.110 | 🇬🇧 United Kingdom, - | 54�00'00" N | 2�00'00" W | 6184.83 |

## #2 – Return Path from LR-Joe (obsfugated name)

Return-Path: <lr-joexxxxxxx@hotmail.com>

Received: from mtain-de02.r1000.mx.aol.com (mtain-de02.r1000.mx.aol.com [172.29.64.202])

by air-md07.mail.aol.com (v129.4) with ESMTP id MAILINMD074-8b8f4c8ba8511b7; Sat, 11 Sep 2010 12:03:29 -0400

Received: from col0-omc1-s14.col0.hotmail.com (col0-omc1-s14.col0.hotmail.com [65.55.34.24])

by mtain-de02.r1000.mx.aol.com (Internet Inbound) with ESMTP id 0C78A380000AD;

Sat, 11 Sep 2010 12:03:28 -0400 (EDT)

Received: from COL113-W44 ([65.55.34.7]) by col0-omc1-s14.col0.hotmail.com with Microsoft SMTPSVC(6.0.3790.4675);

Sat, 11 Sep 2010 09:03:13 -0700

Message-ID: <COL113-W4458E84BAD1E92FD167F3FAA750@phx.gbl>

Content-Type: multipart/alternative;

boundary="_1fcedd02-2831-4b6f-8fe9-272adb22cd36_"

X-Originating-IP: [178.210.140.102]

From: LR-Joe xxxxxxxxxxx@hotmail.com>

Subject:

Date: Sat, 11 Sep 2010 12:03:13 -0400

Importance: Normal

MIME-Version: 1.0

X-OriginalArrivalTime: 11 Sep 2010 16:03:13.0744 (UTC) FILETIME=[D6B23D00:01CB51CA]

x-aol-global-disposition: G

x-aol-sid: 3039ac1d40ca4c8ba8503139

X-AOL-IP: 65.55.34.24

X-AOL-SPF: domain : hotmail.com SPF : pass

X-Mailer: Unknown (No Version)

172.29.64.202

```
NetRange:      172.16.0.0 – 172.31.255.255
CIDR:          172.16.0.0/12
OriginAS:
NetName:       PRIVATE-ADDRESS-BBLK-RFC1918-IANA-RESERVED
NetHandle:     NET-172-16-0-0-1
Parent:        NET-172-0-0-0-0
```

## 65.55.34.24 - Geo Information

| | |
|---|---|
| IP Address | 65.55.34.24 |
| Host | col0-omc1-s14.col0.hotmail.com |
| Location | US, United States |
| City | Redmond, WA 98052 |
| Organization | Microsoft Hosting |
| ISP | Microsoft Hosting |
| AS Number | AS8075 Microsoft Corp |
| Latitude | 47°68'01" North |
| Longitude | 122°12'06" West |
| Distance | 9409.29 km (5846.66 miles) |

| Hop | Min | Max | Avg | IP address | Host | Geo Information | Latitude | Longitude | Distance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.082 ms | 0.128 ms | 0.103 ms | 70.59.126.254 | gw2.w3open.com | United States, Wayzata | 44°97'52" N | 93°52'75" W | 32.77 km |
| 2 | 22.448 ms | 22.502 ms | 22.481 ms | 207.225.140.239 | mpls-dsl-gw47-239.mpls.qwest.net | United States, Denver | 39°75'25" N | 104°99'95" W | 1138.00 km |
| 3 | 22.637 ms | 22.906 ms | 22.813 ms | 75.168.229.113 | mpls-agw1.inet.qwest.net | United States, Minneapolis | 44°98'23" N | 93°30'63" W | 17.13 km |
| 4 | 32.800 ms | 33.057 ms | 32.904 ms | 67.14.38.5 | chx-edge-03.inet.qwest.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 5 | 33.269 ms | 33.537 ms | 33.432 ms | 63.234.10.14 | 63-234-10-14.dia.static.qwest.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 6 | 33.460 ms | 34.207 ms | 33.787 ms | 207.46.43.202 | xe-0-1-2-0.ch1-16c-1a.ntwk.msn.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 7 | 33.682 ms | 34.390 ms | 34.001 ms | 207.46.43.147 | xe-7-0-0-0.ch1-16c-1b.ntwk.msn.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 8 | 82.068 ms | 82.410 ms | 82.245 ms | 207.46.40.98 | ge-1-3-0-0.co1-64c-1b.ntwk.msn.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 9 | 82.465 ms | 84.063 ms | 83.372 ms | 207.46.43.179 | ge-0-1-0-0.co2-64c-1b.ntwk.msn.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 10 | 84.149 ms | 84.788 ms | 84.550 ms | 10.22.12.253 | 10.22.12.253 | -- | -- | -- | -- |

# 65.55.34.7 - Geo Information

| | |
|---|---|
| IP Address | 65.55.34.7 |
| Host | 65.55.34.7 |
| Location | 🇺🇸 US, United States |
| City | Redmond, WA 98052 |
| Organization | Microsoft Hosting |
| ISP | Microsoft Hosting |
| AS Number | AS8075 Microsoft Corp |
| Latitude | 47˚68'01" North |
| Longitude | 122˚12'06" West |
| Distance | 9409.29 km (5846.66 miles) |

| Hop | Min | Max | Avg | IP address | Host | Geo Information | Latitude | Longitude | Distance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.052 ms | 0.090 ms | 0.069 ms | 70.59.126.254 | gw2.w3open.com | 🇺🇸 United States, Wayzata | 44⬥97'52" N | 93⬥52'75" W | 32.77 km |
| 2 | 22.272 ms | 22.478 ms | 22.343 ms | 207.225.140.239 | mpls-dsl-gw47-239.mpls.qwest.net | 🇺🇸 United States, Denver | 39⬥75'25" N | 104⬥99'95" W | 1138.00 km |
| 3 | 22.703 ms | 22.939 ms | 22.786 ms | 75.168.229.113 | mpls-agw1.inet.qwest.net | 🇺🇸 United States, Minneapolis | 44⬥98'23" N | 93⬥30'63" W | 17.13 km |
| 4 | 60.658 ms | 60.670 ms | 60.664 ms | 67.14.38.5 | chx-edge-03.inet.qwest.net | 🇺🇸 United States, - | 38⬥00'00" N | 97⬥00'00" W | 850.05 km |
| 5 | 33.089 ms | 33.316 ms | 33.170 ms | 63.234.10.14 | 63-234-10-14.dia.static.qwest.net | 🇺🇸 United States, - | 38⬥00'00" N | 97⬥00'00" W | 850.05 km |
| 6 | 34.043 ms | 35.829 ms | 35.163 ms | 207.46.47.180 | xe-4-0-1-0.ch1-16c-1b.ntwk.msn.net | 🇺🇸 United States, - | 38⬥00'00" N | 97⬥00'00" W | 850.05 km |
| 7 | 82.305 ms | 84.597 ms | 83.160 ms | 207.46.40.112 | ge-5-2-0-0.co2-64c-1b.ntwk.msn.net | 🇺🇸 United States, - | 38⬥00'00" N | 97⬥00'00" W | 850.05 km |
| 8 | 82.670 ms | 82.688 ms | 82.680 ms | 207.46.47.12 | ge-4-1-0-0.co2-64c-1a.ntwk.msn.net | 🇺🇸 United States, - | 38⬥00'00" N | 97⬥00'00" W | 850.05 km |
| 9 | 82.863 ms | 85.107 ms | 84.290 ms | 10.22.12.249 | 10.22.12.249 | -- | -- | -- | -- |

## 178.210.140.102 - Geo Information

| | |
|---|---|
| IP Address | 178.210.140.102 |
| Host | 102-140-210-178.pool.dsl.telcom.net.ua |
| Location | UA, Ukraine |
| City | Lvov, 15 - |
| Organization | Telecomunikatsiina Companiya Ltd |
| ISP | Telecomunikatsiina Companiya Ltd |
| AS Number | AS49984 "Telecomunikatsiina Companiya" Ltd |
| Latitude | 49˚83'33" North |
| Longitude | 24˚00'00" East |
| Distance | 796.73 km (495.06 miles) |

| Hop | Min | Max | Avg | IP address | Host | Geo Information | Latitude | Longitude | Distance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.084 ms | 0.128 ms | 0.104 ms | 70.59.126.254 | gw2.w3open.com | United States, Wayzata | 44◆97'52" N | 93◆52'75" W | 32.77 km |
| 2 | 22.337 ms | 22.392 ms | 22.371 ms | 207.225.140.239 | mpls-dsl-gw47-239.mpls.qwest.net | United States, Denver | 39◆75'25" N | 104◆99'95" W | 1138.00 km |
| 3 | 22.530 ms | 22.562 ms | 22.545 ms | 75.168.229.113 | mpls-agw1.inet.qwest.net | United States, Minneapolis | 44◆98'23" N | 93◆30'63" W | 17.13 km |
| 4 | 32.702 ms | 32.713 ms | 32.709 ms | 67.14.8.194 | chp-brdr-03.inet.qwest.net | United States, - | 38◆00'00" N | 97◆00'00" W | 850.05 km |
| 5 | * | * | * | | | | | | |
| 6 | 32.845 ms | 33.071 ms | 32.993 ms | 4.69.138.190 | vlan52.ebr2.Chicago2.Level3.net | United States, - | 38◆00'00" N | 97◆00'00" W | 850.05 km |
| 7 | 51.921 ms | 52.563 ms | 52.140 ms | 4.69.148.145 | ae-6-6.ebr2.Washington12.Level3.net | United States, - | 38◆00'00" N | 97◆00'00" W | 850.05 km |
| 8 | 51.023 ms | 51.283 ms | 51.155 ms | 4.69.143.221 | ae-5-5.ebr2.Washington1.Level3.net | United States, - | 38◆00'00" N | 97◆00'00" W | 850.05 km |
| 9 | 130.800 ms | 132.983 ms | 131.777 ms | 4.69.137.57 | ae-43-43.ebr2.Paris1.Level3.net | United States, - | 38◆00'00" N | 97◆00'00" W | 850.05 km |
| 10 | 135.690 | 136.708 | 136.058 | 4.69.143.137 | ae-46-46.ebr1.Frankfurt1.Level | United States, - | 38◆00' | 97◆00' | 850.05 km |

| | ms | ms | ms | | 3.net | | 00" N | 00" W | |
|---|---|---|---|---|---|---|---|---|---|
| 11 | 134.7 43 ms | 139.1 17 ms | 137.0 84 ms | 4.69.140.6 | ae-71-71.csw2.Frankfurt1.Level 3.net | United States, - | 38�00' 00" N | 97�00' 00" W | 850.05 km |
| 12 | 133.9 41 ms | 157.1 96 ms | 142.5 31 ms | 4.69.154.7 1 | ae-2-70.edge3.Frankfurt1.Lev el3.net | United States, - | 38�00' 00" N | 97�00' 00" W | 850.05 km |
| 13 | 156.8 78 ms | 184.9 26 ms | 166.8 22 ms | 212.162.19 .58 | dialup-212.162.19.58.frankfurt1 .mik.net | Germany, Frankfurt Am Main | 50�11' 67" N | 8�68'3 3" E | 7029.1 5 km |
| 14 | 157.9 44 ms | 158.2 81 ms | 158.1 61 ms | 194.44.160 .246 | 194.44.160.246 | Ukraine, Lviv | 49�83' 33" N | 24�00' 00" E | 7841.9 1 km |
| 15 | 156.4 62 ms | 160.6 80 ms | 158.5 29 ms | 178.210.12 8.75 | 178.210.128.75 | Ukraine, - | 49�00' 00" N | 32�00' 00" E | 8280.0 4 km |

## #3 – Clone – pretending to be **Plaintiff** – Return path and IP Address

### Return-Path: <cdsworkroom@aol.com>

Received: from rly-df02.mx.aol.com (rly-df02.mail.aol.com [172.19.156.15]) by air-df06.mail.aol.com (v124.15) with ESMTP id MAILINDF062-5344a6f233b129; Tue, 28 Jul 2009 12:12:03 -0400

Received: from 209-183-051-063.mobile.mymmode.com (209-183-051-063.mobile.mymmode.com [209.183.51.63]) by rly-df02.mx.aol.com (v124.15) with ESMTP id MAILRELAYINDF027-5344a6f233b129; Tue, 28 Jul 2009 12:11:40 -0400

From: "Tangela Yoxjbope" <cdsworkroom@aol.com>

To: cdsworkroom@aol.com
Subject: You know this, do you?
Message-ID: <1631DS.216560B6.7257458969ABAPVKSCJTGCJWZ06@209-183-051-063.mobile.mymmode.com>
Content-type: text/html; charset="utf-8"

MIME-Version: 1.0
X-AOL-IP: 209.183.51.63
X-AOL-SCOLL-SCORE:1:2:479653440:93952408
X-AOL-SCOLL-URL_COUNT:4

## General information and location of 172.19.156.15:

```
IPv4 address:   172.19.156.15
IPv6 address:   ::ffff:ac13:9c0f
Host name:      Private*
Reverse DNS:    Private*
Country:        Private*

* Reserved for Private-Use Networks
```

## General information and location of 209.183.51.63:

| 209.183.51.63 - Geo Information | |
| --- | --- |
| IP Address | 209.183.51.63 |
| Host | 209-183-051-063.mobile.mymmode.com |
| Location | US, United States |
| City | Alvarado, TX 76009 |
| Organization | AT&T Mobility LLC |
| ISP | AT&T Mobility LLC |
| AS Number | AS20057 AT&T Wireless Service |

| Latitude | 32˚43'00" North |
|---|---|
| Longitude | 97˚19'29" West |
| Distance | 9697.58 km (6025.80 miles) |

| Hop | Min | Max | Avg | IP address | Host | Geo Information | Latitude | Longitude | Distance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.052 ms | 0.126 ms | 0.087 ms | 70.59.126.254 | gw2.w3open.com | 🇺🇸United States, Wayzata | 44�97'52" N | 93�52'75" W | 32.77 km |
| 2 | 22.659 ms | 22.688 ms | 22.673 ms | 207.225.140.239 | mpls-dsl-gw47-239.mpls.qwest.net | 🇺🇸United States, Denver | 39�75'25" N | 104�99'95" W | 1138.00 km |
| 3 | 22.645 ms | 22.816 ms | 22.755 ms | 75.168.229.113 | mpls-agw1.inet.qwest.net | 🇺🇸United States, Minneapolis | 44�98'23" N | 93�30'63" W | 17.13 km |
| 4 | 32.508 ms | 32.999 ms | 32.684 ms | 67.14.8.194 | chp-brdr-03.inet.qwest.net | 🇺🇸United States, - | 38�00'00" N | 97�00'00" W | 850.05 km |
| 5 | 33.717 ms | 34.159 ms | 33.865 ms | 63.146.26.218 | 63.146.26.218 | 🇺🇸United States, Fredericksburg | 38�27'24" N | 77�59'32" W | 1492.78 km |
| 6 | 52.218 ms | 52.948 ms | 52.613 ms | 12.122.84.94 | cr2.cgcil.ip.att.net | 🇺🇸United States, - | 38�00'00" N | 97�00'00" W | 850.05 km |
| 7 | 52.112 ms | 52.188 ms | 52.140 ms | 12.122.2.22 | cr2.sl9mo.ip.att.net | 🇺🇸United States, - | 38�00'00" N | 97�00'00" W | 850.05 km |
| 8 | 52.570 ms | 52.629 ms | 52.604 ms | 12.122.28.89 | cr2.kc9mo.ip.att.net | 🇺🇸United States, - | 38�00'00" N | 97�00'00" W | 850.05 km |
| 9 | 52.518 ms | 52.671 ms | 52.615 ms | 12.122.28.85 | cr1.dlstx.ip.att.net | 🇺🇸United States, - | 38�00'00" N | 97�00'00" W | 850.05 km |
| 10 | 51.223 ms | 51.449 ms | 51.371 ms | 12.122.100.25 | gar3.dlrtx.ip.att.net | 🇺🇸United States, - | 38�00'00" N | 97�00'00" W | 850.05 km |

**Whois information on 209.183.51.63:**

```
AT&T Mobility LLC ATT-MOBILITY-LLC-209-183-32-0 (NET-209-183-32-0-1)
209.183.32.0 - 209.183.63.255
NetRange:       209.0.0.0 - 209.255.255.255
CIDR:           209.0.0.0/8
OriginAS:
NetName:        NET209
NetHandle:      NET-209-0-0-0-0
Parent:
NetType:        Allocated to ARIN
RegDate:        1996-06-01
Updated:        2010-06-30
```

## 209.183.51.63 - Geo Information

| | |
|---|---|
| IP Address | 209.183.51.63 |
| Host | 209-183-051-063.mobile.mymmode.com |
| Location | US, United States |
| City | Alvarado, TX 76009 |
| Organization | AT&T Mobility LLC |
| ISP | AT&T Mobility LLC |
| AS Number | AS20057 AT&T Wireless Service |
| Latitude | 32°43'00" North |
| Longitude | 97°19'29" West |
| Distance | 9697.58 km (6025.80 miles) |

| Hop | Min | Max | Avg | IP address | Host | Geo Information | Latitude | Longitude | Distance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.051 ms | 0.083 ms | 0.066 ms | 70.59.126.254 | gw2.w3open.com | United States, Wayzata | 44�97'52" N | 93�52'75" W | 32.77 km |
| 2 | 22.559 ms | 22.573 ms | 22.568 ms | 207.225.140.239 | mpls-dsl-gw47-239.mpls.qwest.net | United States, Denver | 39�75'25" N | 104�99'95" W | 1138.00 km |
| 3 | 22.534 | 22.683 | 22.588 | 75.168.229.113 | mpls-agw1.inet.qwest | United States, | 44�98'2 | 93�30'6 | 17.13 km |

| | ms | ms | ms | | .net | Minneapolis | 3" N | 3" W | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 32.686 ms | 32.903 ms | 32.761 ms | 67.14.8.194 | chp-brdr-03.inet.qwest.net | United States, - | 38�00'0 0" N | 97�00'0 0" W | 850.05 km |
| 5 | 33.370 ms | 33.838 ms | 33.673 ms | 63.146.26.218 | 63.146.26.218 | United States, Fredericksburg | 38�27'2 4" N | 77�59'3 2" W | 1492.78 km |
| 6 | 52.478 ms | 53.374 ms | 52.791 ms | 12.122.84.94 | cr2.cgcil.ip.att.net | United States, - | 38�00'0 0" N | 97�00'0 0" W | 850.05 km |
| 7 | 52.637 ms | 52.783 ms | 52.729 ms | 12.122.2.22 | cr2.sl9mo.ip.att.net | United States, - | 38�00'0 0" N | 97�00'0 0" W | 850.05 km |
| 8 | 52.473 ms | 52.491 ms | 52.482 ms | 12.122.28.89 | cr2.kc9mo.ip.att.net | United States, - | 38�00'0 0" N | 97�00'0 0" W | 850.05 km |
| 9 | 52.613 ms | 52.888 ms | 52.709 ms | 12.122.28.85 | cr1.dlstx.ip.att.net | United States, - | 38�00'0 0" N | 97�00'0 0" W | 850.05 km |
| 10 | 51.283 ms | 51.735 ms | 51.569 ms | 12.122.100.25 | gar3.dlrtx.ip.att.net | United States, - | 38�00'0 0" N | 97�00'0 0" W | 850.05 km |

**#4 – IP Address – clone pretending to be Bill NH**

## RETURN PATH

Bill NH (obsfugated name)

Return-Path: <XXXXXXX@hotmail.com>
Received: from mtain-mi03.r1000.mx.aol.com (mtain-mi03.r1000.mail.aol.com [172.21.131.161]) by air-mc05.mail.aol.com (v129.4) with ESMTP id MAILINMC052-a9684c812314f7; Fri, 03 Sep 2010 12:32:20 -0400
Received: from bay0-omc1-s24.bay0.hotmail.com (bay0-omc1-s24.bay0.hotmail.com [65.54.190.35])
          by mtain-mi03.r1000.mx.aol.com (Internet Inbound) with ESMTP id 3751438000129
          for <cdsworkroom@aol.com>; Fri,  3 Sep 2010 12:32:20 -0400 (EDT)
Received: from BAY113-W40 ([65.54.190.61]) by bay0-omc1-s24.bay0.hotmail.com with Microsoft SMTPSVC(6.0.3790.4675);
          Fri, 3 Sep 2010 09:32:19 -0700
Message-ID: <BAY113-W4080EDC079EE787700ADCEB68D0@phx.gbl>
Content-Type: multipart/alternative;
          boundary="_a9fc45f9-7a34-4c49-8ce0-bf35bc403a4c_"
X-Originating-IP: [79.114.148.169]

Subject:
Date: Fri, 3 Sep 2010 16:32:18 +0000
Importance: Normal
MIME-Version: 1.0
X-OriginalArrivalTime: 03 Sep 2010 16:32:19.0513 (UTC)
FILETIME=[93F37290:01CB4B85]
x-aol-global-disposition: S
X-AOL-REROUTE: YES
x-aol-sid: 3039400cdecb4c8123145cc9
X-AOL-IP: 65.54.190.35
X-AOL-SPF: domain : hotmail.com SPF : pass
X-Mailer: Unknown (No Version)


172.21.131.161

| Hop | Min | Max | Avg | IP address | Host | Geo Information | Latitude | Longitude | Distance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.078 ms | 0.121 ms | 0.098 ms | 70.59.126.254 | gw2.w3open.com | United States, Wayzata | 44�97'52" N | 93�52'75" W | 32.77 km |
| 2 | 22.325 ms | 22.378 ms | 22.357 ms | 207.225.140.239 | mpls-dsl-gw47-239.mpls.qwest.net | United States, Denver | 39�75'25" N | 104�99'95" W | 1138.00 km |
| 3 | 22.780 ms | 22.810 ms | 22.795 ms | 75.168.229.113 | mpls-agw1.inet.qwest.net | United States, Minneapolis | 44�98'23" N | 93�30'63" W | 17.13 km |

## 65.54.190.35 - Geo Information

| | |
|---|---|
| IP Address | 65.54.190.35 |
| Host | bay0-omc1-s24.bay0.hotmail.com |
| Location | US, United States |
| City | Redmond, WA 98052 |
| Organization | Microsoft Hosting |
| ISP | Microsoft Hosting |
| AS Number | AS8075 Microsoft Corp |
| Latitude | 47˚68'01" North |
| Longitude | 122˚12'06" West |
| Distance | 9409.29 km (5846.66 miles |

| Hop | Min | Max | Avg | IP address | Host | Geo Information | Latitude | Longitude | Distance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.081 ms | 0.126 ms | 0.101 ms | 70.59.126.254 | gw2.w3open.com | United States, Wayzata | 44�97'52" N | 93�52'75" W | 32.77 km |
| 2 | 22.562 ms | 22.785 ms | 22.696 ms | 207.225.140.239 | mpls-dsl-gw47-239.mpls.qwest.net | United States, Denver | 39�75'25" N | 104�99'95" W | 1138.00 km |
| 3 | 23.216 | 23.246 | 23.231 | 75.168.229.113 | mpls-agw1.inet.qwest. | United States, | 44�98' | 93�30'6 | 17.13 km |

| | ms | ms | ms | | net | Minneapolis | 23" N | 3" W | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 65.9 05 ms | 66.1 24 ms | 66.0 47 ms | 67.14.38.5 | chx-edge-03.inet.qwest.net | United States, - | 38⬦00' 00" N | 97⬦00'0 0" W | 850.05 km |
| 5 | 33.3 26 ms | 33.6 43 ms | 33.4 33 ms | 63.234.10.14 | 63-234-10-14.dia.static.qwest.net | United States, - | 38⬦00' 00" N | 97⬦00'0 0" W | 850.05 km |
| 6 | 33.7 92 ms | 34.2 74 ms | 33.9 57 ms | 207.46.47.18 0 | xe-4-0-1-0.ch1-16c-1b.ntwk.msn.net | United States, - | 38⬦00' 00" N | 97⬦00'0 0" W | 850.05 km |
| 7 | 33.8 53 ms | 34.2 47 ms | 34.0 22 ms | 207.46.43.14 2 | xe-0-0-0-0.ch1-16c-1a.ntwk.msn.net | United States, - | 38⬦00' 00" N | 97⬦00'0 0" W | 850.05 km |
| 8 | 85.6 86 ms | 85.7 15 ms | 85.7 02 ms | 207.46.40.6 | xe-4-0-2-0.bay-16c-1a.ntwk.msn.net | United States, - | 38⬦00' 00" N | 97⬦00'0 0" W | 850.05 km |
| 9 | 80.8 65 ms | 81.4 18 ms | 81.2 21 ms | 207.46.43.43 | xe-0-0-0-0.bay-16c-1b.ntwk.msn.net | United States, - | 38⬦00' 00" N | 97⬦00'0 0" W | 850.05 km |

## 65.54.190.61 - Geo Information

| | |
|---|---|
| IP Address | 65.54.190.61 |
| Host | 65.54.190.61 |
| Location | US, United States |
| City | Redmond, WA 98052 |
| Organization | Microsoft Hosting |
| ISP | Microsoft Hosting |
| AS Number | AS8075 Microsoft Corp |
| Latitude | 47˚68'01" North |
| Longitude | 122˚12'06" West |
| Distance | 9409.29 km (5846.66 miles) |

| Ho | Min | Max | Avg | IP address | Host | Geo | Latitud | Longitu | Distan |
|---|---|---|---|---|---|---|---|---|---|

| p | | | | | | Information | e | de | ce |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.082 ms | 0.129 ms | 0.103 ms | 70.59.126.254 | gw2.w3open.com | 🇺🇸 United States, Wayzata | 44�97'52" N | 93�52'75" W | 32.77 km |
| 2 | 22.652 ms | 22.706 ms | 22.685 ms | 207.225.140.239 | mpls-dsl-gw47-239.mpls.qwest.net | 🇺🇸 United States, Denver | 39�75'25" N | 104�99'95" W | 1138.00 km |
| 3 | 22.640 ms | 22.820 ms | 22.756 ms | 75.168.229.113 | mpls-agw1.inet.qwest.net | 🇺🇸 United States, Minneapolis | 44�98'23" N | 93�30'63" W | 17.13 km |
| 4 | 32.515 ms | 32.800 ms | 32.689 ms | 67.14.38.5 | chx-edge-03.inet.qwest.net | 🇺🇸 United States, - | 38�00'00" N | 97�00'00" W | 850.05 km |
| 5 | 32.966 ms | 33.212 ms | 33.121 ms | 63.234.10.14 | 63-234-10-14.dia.static.qwest.net | 🇺🇸 United States, - | 38�00'00" N | 97�00'00" W | 850.05 km |
| 6 | 33.197 ms | 33.671 ms | 33.434 ms | 207.46.43.202 | xe-0-1-2-0.ch1-16c-1a.ntwk.msn.net | 🇺🇸 United States, - | 38�00'00" N | 97�00'00" W | 850.05 km |
| 7 | 80.657 ms | 81.894 ms | 81.312 ms | 207.46.40.6 | xe-4-0-2-0.bay-16c-1a.ntwk.msn.net | 🇺🇸 United States, - | 38�00'00" N | 97�00'00" W | 850.05 km |
| 8 | 81.039 ms | 86.372 ms | 84.589 ms | 207.46.43.63 | xe-7-0-0-0.bay-16c-1b.ntwk.msn.net | 🇺🇸 United States, - | 38�00'00" N | 97�00'00" W | 850.05 km |

## 79.114.148.169 - Geo Information

| | |
|---|---|
| IP Address | [79.114.148.169](79.114.148.169) |
| Host | 79.114.148.169 |
| Location | RO, Romania |
| City | Târgu Ocna, 04 - |
| Organization | RCS & RDS S.A. |
| ISP | RCS & RDS S.A. |
| AS Number | AS8708 RCS & RDS S.A. |
| Latitude | 46˚28'33" North |
| Longitude | 26˚61'67" East |
| Distance | 478.18 km (297.13 miles) |

| Hop | Min | Max | Avg | IP address | Host | Geo Information | Latitude | Longitude | Distance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.083 ms | 0.129 ms | 0.104 ms | 70.59.126.254 | gw2.w3open.com | United States, Wayzata | 44◆97'52" N | 93◆52'75" W | 32.77 km |
| 2 | 22.310 ms | 22.491 ms | 22.373 ms | 207.225.140.239 | mpls-dsl-gw47-239.mpls.qwest.net | United States, Denver | 39◆75'25" N | 104◆99'95" W | 1138.00 km |
| 3 | 75.735 ms | 75.761 ms | 75.748 ms | 75.168.229.113 | mpls-agw1.inet.qwest.net | United States, Minneapolis | 44◆98'23" N | 93◆30'63" W | 17.13 km |
| 4 | 32.644 ms | 32.656 ms | 32.652 ms | 67.14.8.194 | chp-brdr-03.inet.qwest.net | United States, - | 38◆00'00" N | 97◆00'00" W | 850.05 km |
| 5 | * | * | * | | | | | | |
| 6 | 33.032 ms | 33.271 ms | 33.115 ms | 4.69.138.190 | vlan52.ebr2.Chicago2.Level3.net | United States, - | 38◆00'00" N | 97◆00'00" W | 850.05 km |
| 7 | 52.197 ms | 52.402 ms | 52.287 ms | 4.69.148.145 | ae-6-6.ebr2.Washington12.Level3.net | United States, - | 38◆00'00" N | 97◆00'00" W | 850.05 km |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8 | 51.176 ms | 51.592 ms | 51.329 ms | 4.69.143.221 | ae-5-5.ebr2.Washington1.Level3.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 9 | 130.769 ms | 132.506 ms | 131.899 ms | 4.69.137.49 | ae-41-41.ebr2.Paris1.Level3.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 10 | 133.514 ms | 134.727 ms | 134.310 ms | 4.69.143.145 | ae-48-48.ebr1.Frankfurt1.Level3.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 11 | 172.978 ms | 173.047 ms | 173.013 ms | 4.69.148.17 | ae-16-16.car2.Bucharest1.Level3.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 12 | 173.122 ms | 174.332 ms | 173.713 ms | 4.69.141.25 | ae-11-11.car1.Bucharest1.Level3.net | United States, - | 38°00'00" N | 97°00'00" W | 850.05 km |
| 13 | 184.757 ms | 199.708 ms | 189.813 ms | 212.162.45.42 | RCS-RDS-S.A.car1.Bucharest1.Level3.net | Romania, Bucharest | 44°43'33" N | 26°10'00" E | 8400.97 |