# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

September 1, 2011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

      Re:  Debra Feldman
            v. Twentieth Century Fox, et al.
           No. 11-6141
           (Your No. 10-2056)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 22, 2011 and placed on the docket September 1, 2011 as No. 11-6141.

                      Sincerely,

                      **William K. Suter**, Clerk

                      by

                      Clayton Higgins
                      Case Analyst