# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF MASSACHUSETTS

File Number: CV-09-10714

Debra Feldman,
    Plaintiff,

v.

TWENTIETH CENTURY FOX,
TWENTIETH CENTURY FOX TELEVISION,
TWENTIETH CENTURYFOX GROUP,
NEWS CORPORATION,
NBC UNIVERSAL, INC.,
KEVIN FALLS, MARC KORMAN,
UNITED TALENT AGENCY,
WILLIAM MORRIS ENDEAVOR ENTERTAINMENT,
SHONDA RHIMES,
TOUCHSTONE TELEVISION PRODUCTIONS
AMERICAN BROADCASTING COMPANIES, INC.
DELUXE PICTURES INC.
MARK GORDON, GREG BERLANTI,
MARC GUGGENHEIM,
THE WALT DISNEY COMPANY AND
DOES 1-75
    Defendants

## Notice of Appeal

Notice is hereby given that: DEBRA FELDMAN, Plaintiff, in the above named case; CV-09-10714 DPW, hereby appeals to the United States Court of Appeals for the First Circuit from the DENIAL of a *RULE 60(a) AND 60(b)(2) AND (6) MOTION,* entered in this action on the 6th day of October, 2011 by Judge Douglas P. Woodlock.

Signed: October 28, 2011

_____, MLS, pro se

Debra L. Feldman
13 Aurora Lane
Salem, MA 01970
617-957-5367
cdsworkroom@aol.com

## CERTIFICATE OF SERVICE

I certify that that one copy of the foregoing notice of appeal was delivered on October 28, 2011, to the office of attorneys for 'each' of the Collective Touchstone Defendants and two for the attorneys, at Foley Hoag 155 Seaport Boulevard, Boston, MA 02210, City of Boston, State of Massachusetts.

Dated: October 28, 2011

/s/ *Debra S. Feldman*
Debra Feldman

## CERTIFICATE OF SERVICE

I certify that that one copy of the foregoing notice of appeal was delivered on October 28, 2011, to the office of attorneys for 'each' of the Collective Fox Defendants and two for the attorneys, at Brown Rudnick, One Financial Center, Boston, MA 02211, City of Boston, State of Massachusetts.

Dated: October 28, 2011

/s/ *Debra L. Feldman*
Debra Feldman

## CERTIFICATE OF SERVICE

I certify that that one copy of the foregoing notice of appeal was delivered on October 28, 2011, to the office of attorneys for 'each' of the WME2 Defendants and two for the attorneys, at McCarter & English, LLP, 265 Franklin Street, Boston, MA 02110, City of Boston, State of Massachusetts.

Dated: October 28, 2011

/s/ *Debra L. Feldman*
Debra Feldman

## CERTIFICATE OF SERVICE

I certify that that one copy of the foregoing notice of appeal was delivered on October 28, 2011, to the office of attorney Elizabeth McNamara who also represents the Fox Defendants, Davis Wright Tremaine, LLP, 163 Broadway, New York, State of New York.

Dated: October 28, 2011

/s/ Debra L. Feldman
Debra Feldman