UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S CERTIFICATE AND APPEALS COVER SHEET

FULL RECORD

Case Caption: Debra Feldman v. Twentieth Century Fox

District Court Number: 09-cv-10714

Fee: Paid? Yes _X_ No ___   Government filer ___   *In Forma Pauperis* Yes _X_ No ___

| | | | |
|---|---|---|---|
| Motions Pending | Yes ___ No _X_ | Sealed documents | Yes _X_ No ___ |
| If yes, document # | | If yes, document # | 79, 80, 87, 115 |
| *Ex parte* documents | Yes ___ No _X_ | Transcripts | Yes _X_ No ___ |
| If yes, document # | | If yes, document # | 153 |

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ___   Other: ___

Appeal from: Electronic Order dated 10/6/2011

Other information: Sealed 129,

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents:

1-78, 81-86, 89-114, 116-128, 131-170

with the docket sheet, are the original or electronically filed pleadings and constitute the full record on appeal in the above entitled case for the Notice of Appeal, document # __169__, filed on __10/28/2011__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __11/18/2011__.

SARAH ALLISON THORNTON
Clerk of Court

/s/ Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

Receipt of the documents in the above entitled case is hereby acknowledged on __11/18/11__ by __[signature]__
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**