# United States Court of Appeals
## For the First Circuit

No. 11-2368

DEBRA FELDMAN,

Plaintiff, Appellant,

v.

TWENTIETH CENTURY FOX, ET AL.,

Defendants, Appellees.

Before

Lynch, Chief Judge,
Torruella and Thompson, Circuit Judges.

JUDGMENT

Entered:  May 30, 2012

    Appellant's motion for leave to file a supplemental appendix under seal is granted.

    Appellant's motion to supplement the record is denied, as this court's review is limited to the record on appeal which consists of "the original papers and exhibits filed in the district court." Fed. R. App. P. 10(a).

    We have reviewed the parties' briefs and the record on appeal.  The district court did not abuse its discretion in denying appellant's motion to reopen the judgment in this case, whether viewed as a motion filed pursuant to Fed. R. Civ. P. 60(a) or 60(b).  See Diaz v. Jiten Hotel Management, Inc., 671 F.3d 78, 84 (1st Cir. 2012) (abuse of discretion standard applies - Rule 60(b)); Bowen Inv., Inc. v. Carneiro Donuts, Inc., 490 F.3d 27, 29 (1st Cir. 2007) (same - Rule 60(a)).  Accordingly, the order of the district court entered on October 6, 2011 is affirmed.

    Appellees' motions for sanctions are granted, insofar as we award them double costs; otherwise the motions for sanctions are denied.  Appellant's counter-motion for sanctions is denied.

The order of the district court is <u>affirmed</u>.  1st Cir. R. 27.0(c).  Double costs are awarded to appellees.

By the Court:

<u>/s/ Margaret Carter, Clerk.</u>

cc:
Debra Feldman
Elizabeth Anne McNamara
Elizabeth A. Ritvo
Steven M. Veenema
Erik Paul Belt
Kara Ann Lynch
Thomas W. Evans
Paul Bork
Michael P. Boudett
Jeffrey Shawn Follett
Diana Jong
Elisa Kim Nethercott