# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

October 31, 2011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

    Re:  Debra Feldman
           v. Twentieth Century Fox, et al.
           No. 11-6141
           (Your No. 10-2056)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

                                  Sincerely,

                                  **William K. Suter**, Clerk