# United States Court of Appeals
## For the First Circuit

_____

No. 11-2368
D.C. No. 1:09-cv-10714-DPW

DEBRA FELDMAN

Plaintiff - Appellant

v.

TWENTIETH CENTURY FOX; TWENTIETH CENTURY FOX TELEVISION; TWENTIETH CENTURY FOX GROUP; NEWS CORPORATION; NBC UNIVERSAL, INC.; KEVIN FALLS; MARC KORMAN; UNITED TALENT AGENCY; ENDEAVOR, Talent management; SHONDA RHIMES; AMERICAN BROADCASTING COMPANIES, INC.; MARK GORDON PRODUCTION COMPANY; GREG BERLANTI; MARC GUGGENHEIM; WALT DISNEY COMPANY; TOUCHSTONE TELEVISION PRODUCTIONS, LLC, a/k/a ABC Studios, a/k/a Touchstone Television; MARK GORDON; DOES 1-75

Defendants - Appellees

_____

TAXATION OF COSTS
_____

Entered: September 5, 2012
Pursuant to 1st Cir. R. 27.0(d)

Costs in favor of appellees Endeavor and Marc Korman are taxed as follows:

| | |
|---|---|
| Reproduction of brief for appellees | ...............$ 70.40 |
| SUB-TOTAL | **$70.40** |
| Costs doubled per judgment   TOTAL | **$140.80** |

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on **June 22, 2012**.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Sarah A. Thornton, Clerk, United States District Court for the District of Massachusetts
Erik Paul Belt
Paul Bork
Michael P. Boudett
Thomas W. Evans
Debra Feldman
Jeffrey Shawn Follett
Diana Jong
Kara Ann Lynch
Elizabeth Anne McNamara
Elizabeth A. Ritvo